| United States Bankruptcy Court<br>District of Wyoming | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Red Eagle Oil, Inc** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN(if more than one, state all):  **83-0293859** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State):<br>**53 County Road 2AB**<br>**Cody, WY**<br>ZIP CODE  **82414** | Street Address of Joint Debtor (No. & Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**Park** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**PO Box 2468**<br>**Cody, WY**<br>ZIP CODE  **82414** | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIP CODE | |

**Type of Debtor**
(Form of Organization)
(Check one box.)

☐ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
☑ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)
_____

**Nature of Business**
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
☑ Other

**Tax-Exempt Entity**
(Check box, if applicable)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code.)

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

☐ Chapter 7
☐ Chapter 9
☑ Chapter 11
☐ Chapter 12
☐ Chapter 13
☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
☑ Debts are primarily business debts.

**Filing Fee** (Check one box)

☑ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b) See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter*).
Check all applicable boxes
☐ A plan is being filed with this petition
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Red Eagle Oil, Inc** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location Where Filed: **NONE** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: **NONE** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts) |
| | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ☐  Exhibit A is attached and made a part of this petition. | X  **Not Applicable** _____ |
| | Signature of Attorney for Debtor(s)        Date |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐  Yes, and Exhibit C is attached and made a part of this petition.

☑  No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐  Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐  Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☑  Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐  There is a bankruptcy case concerning debtor's affiliate. general partner, or partnership pending in this District.

☐  Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District. or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐  Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following).

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐  Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐  Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐  Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Red Eagle Oil, Inc** |

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition. |
| [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. | (Check only **one** box.) |
| [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b). | ☐ I request relief in accordance with chapter 15 of Title 11, United States Code. Certified Copies of the documents required by § 1515 of title 11 are attached. |
| I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. | ☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the Chapter of title 11 specified in the petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. |

X  **Not Applicable**

    Signature of Debtor

X  **Not Applicable**

    Signature of Joint Debtor

    Telephone Number (If not represented by attorney)

    Date

---

X  **Not Applicable**

    (Signature of Foreign Representative)

    (Printed Name of Foreign Representative)

    Date

---

| **Signature of Attorney** | **Signature of Non-Attorney Petition Preparer** |
|---|---|

X  **/s/ Bradley Hunsicker**

    Signature of Attorney for Debtor(s)

**Bradley Hunsicker  Bar No.  7-4579**

    Printed Name of Attorney for Debtor(s) / Bar No.

**Winship & Winship, PC**

    Firm Name

**PO Box 548 Casper, WY 82602**

    Address

**307-234-8991**        **307-234-1116**

    Telephone Number

**8/1/2011**

    Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

---

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

**Not Applicable**

    Printed Name and title, if any, of Bankruptcy Petition Preparer

    Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

    Address

X  **Not Applicable**

    Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  **s/ Dale Hinze**

    Signature of Authorized Individual

**Dale Hinze**

    Printed Name of Authorized Individual

**President**

    Title of Authorized Individual

**8/1/2011**

    Date

A-1 Septic
250 Burma Road
Riverton, WY 82501

AFLAC
World Wide Headquarters
1932 Wynnton Road
Columbus, GA 31993-0797

Aire Master of Eastern Wyoming
443 S Kimball
Casper, WY 82601

Alena D. Brendle
PO Box 752
1154 Cortez
Ralston, WY 82440

Amanda D. Griffin
639 East Adams, #15
Powell, WY 82435

Amber K. Stewart
68 Poppy Street
Casper, WY 82604

American Linen/ALSCO
PO Box 30496
Billings, MT 59107-0496

Amerigas
5140 W Yellowstone Hwy
Casper, WY 82604

Ameriquest
PO Box 828997
Philadelphia, PA 19182

Amersource Funding
7225 Langtry Street
Houston, TX 77040


April M. Root
150 Red Hills
Buffalo, WY 82834


Arthur G. Everett
PO Box  234
Fort Buford Campground
Trenton, ND 58853


Art's Truck Repair
PO Box 1047
Cheyenne, WY 82003


Ashley A. Foster
635 1/2 Park Street
Sheridan, WY 82801


Association Benefit Program/PMA
Gerald L.  Lukton Company, Inc.
2696 S Colorado Blvd, #450
Denver, CO 80222


Axis Capital, Inc.
308 North Locust Street
Grand Island, NE 68801


B&T Fire Extinguishers, Inc
PO box 993
Lander, WY 82520


Barbara I. Gitchel
1020 Sherry Drve
Riverton, WY 82501

Benjamin H.Quarrels
1905 16th Street
Cody, WY 82414

Big D Oil Co
PO Box 1378
Rapid City, SD 57709

Big Horn Tire
196 Hwy 16 East
Buffalo, WY 82834

Billie J. Langston
48 N Heart Mountain Street
Byron, WY 82412

Black Hills Stage Lines, Inc
720 E Norfolk Ave
Norfolk, NE 68701

Bloedorn Lumber-Riverton
1202 North Federal
PO Box 313
Riverton, WY 82501

Bobbie Hinze
902 37th Street
Cody, WY 82414

Brad A. Hinze
813 Shadow Street
Cody, WY 82414

Brandon S. Haviland
906 Hillside Ave
Riverton, WY 82501

Brian C. Godfrey
1226 Mt View Drive
Cody, WY 82414


Brian D. Mathews
2368 Meadowlark Court
Cody, WY 82414


Bryan Hinze
902 37th Street
Cody, WY 82414


Carolyn S. Cox
130 W Shoshone
PO Box 201
Byron, WY 82412


Cassidy J. Quarterman
782 Marion Court, #3
Sheridan, WY 82801


Caterpillar Access Account Corporat
PO Box 84006
Columbia, GA 31908-4006


CDW Direct, Inc
PO Box 75723
Chicago, IL 60675-5723


Charles D. Mc Henry
340 East Loucks
Sheridan, WY 82801


CHS Inc Cenex
Farmers Union Oil
1600 Hwy 49N
Beulah, ND 58523

Coca-Cola Bottling
1000 West T
Los Angeles, CA  90074-3158


Cold Front Distribution
5151 Banncock Street
Denver, CO 80216


Cole E. Rosalez
572 High Street
Buffalo, WY 82834


Colleen E. Riley
PO Box 58
929 East Monroe
Powell, WY 82435


Colorado Tape Distributors
1623 N Woodhaven Drive
Franktown, Co 80116


Computer Solutions
3167 Energy Lane
Casper, WY 82604


Craig Distributing
PO box 2736
Gillette, WY 82717


Curtis Godfrey
PO Box 454
Cody,W Y 82414


Dale A. Hinze
80 Casper Drive
Cody, WY 82414

Debra E.P. Franklin
PO Box 142
Cody, WY 82414


Dee Anne Brockie
PO Box 211
359 Ethete
Saint Stephens, WY 82524


Delee E. Fitzgerald
123 West E Street, #1286
Casper, WY 82601


Destiney R. Martinez
188 Columbine #4
Casper, WY 82604


Dewayne R. Wollschlager
72 Airport Road
Buffalo, WY 82834


Diana L. Barcheers
831 E. Monroe, #10
Riverton, WY 82501


Doris A. Marksbury
1237 Rumsey Ave
Cody, WY 82414


Dwayne P. Mirabal
910 East Jackson
Riverton, WY 82501


E&E Heating & AC
5 South Drive
Sheridan, WY 82801

Equitable Oil Purchasing
PO Box 2360
Casper, WY 82602


Erik l. Nielson
PO box 415
659 Southfork Road
Cody, WY 82414


Ernest W. Miller
2805 Lincoln Ave
Cody, WY 82414


Exxon
PO Box 101537
Atlanta, GA 30392-1537


Exxon Mobil Oil Corporation
3225 Gallows Road, Room 3D0206
Fairfax, VA 22037-0001


Frontier Oil & Refining
Dpet. 566
Denver, CO 80271-0566


Gordon J. Smith
2208 Sheridan Ave., 6
Cody, WY 82414


Gordons Oil, Inc.
901 10th Street
Cody, WY 82414


Grizzly Maintenance Service
PO Box 368
Casper, WY 82602

Heather A. Harada
1575 East Monroe, #43
Riverton, WY 82501


Ice House
671 Lincoln
Lander, WY 82520


Interstate Power Systems, Inc
NW 7244
OB 1450
Minneapolis, MN 55485-7244


I-State Truck Center
NW 7246
PO Box 1450
Minneapolis, MN 55485-7246


J.H. Kaspar Oil Company
PO Box 448
Rawlins, WY 82301


James L. Causey
PO Box 233
Cody, Wy 82414


James P. Zezas
PO Box 516
400 Middle Fork Road
Buffalo, WY 82834


Janice M. Wade
340 E Loucks
Sheridan, WY 82801


Jason L. Canfield
854 E Burhitt Street
Sheridan, WY 82801

Jason M. Quillinan
147 N Monkey Road
Glenrock, WY 82637


Jean A. Hinze
2213 11th Street
Cody, WY 82414


Jean R. Javert
555 W. Chugwater
PO Box 130
Guernsey, WY 82214


Jefferson Partners LP
2100 East 26th Street
Minneapolis, MN 55404


Jesica Bladecki
212 Indian Paintbrush Street, #3
Casper, WY 82604


Jesse E. English, Jr.
1117 E. Freemont
Riverton, WY 82501


Jessica Blakeley
PO Box 764
Guernsey, WY 82214


Joanna L. Mannarino
PO Box 2648
Mills, WY 82644


Jon W. Nugent
PO Box 1951
Cody, WY 82414

Jordan T. Butler
PO Box 454
Cody, WY 82414


Joshua A. Moore
#700 West Gatchull
Buffalo, WY 82834


Joshua L. Gass
601 E. Parmelee, #11
Buffalo, WY 82834


Jospeh W. Hunnicutt
1421 Beck Ave
Cody, WY 82414


Judith A. Hinze
80 Casper Drive
Cody, WY 82414


Judith L. Proo
92 Blackfoot Ave
Riverton, WY 82501


Juli D. Hinze
813 Shadow Street
Cody,WY 82414


Julie Aden
PO Box 1052
Cody, WY 82414


Karen Jacobskl
1744 Alger Ave
Cody, WY 82414

Karole L. Anshutz
2113 23rd Street
Cody, WY 82414

Katherine E. Carey
PO Box 260
Buffalo, WY 82834

Katie L. Burden
608 Greet Street
Riverton WY 82501

Kelsey L. Colyar
10 Scenic View Drive
Cody, WY 82414

Kelsey R. Weinkauf
200 Leiter Ave
Lingle, WY 82223

Kendra J. Chadwick
PO Box 24
Fort Laramie, WY 82212

Kenneth E Briggs
450 Road 1 A-B
Powell, WY 82435

Kenneth E. Welker
1110 Surrey Street
Casper, WY 82609

Kevin J. Monnin
2338 Carter Ave
Cody, WY 82414

Kimberly A. Reyes
1231 1/2 Wyoming Ave
Cody, WY 82414


Korn King Gourmet Popcorn
1501 2nd Ave
Scottsbluff, NE 69361


Kyle C. Wollschlager
72 Airport Road
Buffalo, WY 82834


Laurie L. DeGroen
152 W. Whalen
Guernsey, WY 82214


Lindsey R. Fish
551 Andrea Lane #3
Casper, WY 82604


Lipco
PO Box 168
Kirbyville, MO 65679


Lisa L. Dahmen
1219 1/2 Park Street
Riverton, WY 82501


Lorie A. Kunz
197 Diamond Basin Road
Cody, WY 82414


Marilyn Applegate
2607 Ina Ave
Cody, WY 82414

Mark D. Hagen
PO Box 335
Burley, ID 83318


Marvin L. Christensen
2975 Hervington Drive
Casper, WY 82604


Megan C. Shamji
2019 Quail Court
Sheridan, WY 82801


Michael C. Kincy
308 Roberts Street
Cody, WY 82414


Michael D. Lucero
O' WYO N. Fed
Riverton, WY 82501


Michael H. Walock
2400 W. 39th Ave
Casper, WY 82604


Michelle R. Hawkins
1995 Boysen
Casper, WY 82604


Mickey R. Lucero
188 Columbine Box 4
Casper, WY 82604


Mikelle L. Wall
1416 Burlington
Casper, WY 82601

Misty M. Breeding
2299 Cottonwood Dr
Riverton, WY 82501


Natalie R. Ridge
2167 N Main Street, #15
Sheridan, WY 82801


Nathan Henderson
1021 S Washington
Casper, WY 82601


Overland Petroleum/DATS Trucking
321 N. Old Hwy 91
Hurrican, UT 84737


Patricia J. Vega
147 S. Dakota Street
PO Box 123
Guernsey, WY 82214


Paul Gallagher
354 Lane 7
Powell, WY 82435


Paul M. Ferro
438 Sunlight Drive
Powell, WY 82435


Pecten Funding
JP Morgan Chase
PO Box 2558
Houston, TX 77252-8059


Perry J. Sizemore
3002 E. Sheridan Ave
Cody, WY 82414

Peterbilt of Wyoming
4113 W. Yellowstone Hwy
Casper, WY 82604


Philoip M. Dodd
1001 E. Main Street
Riverton, WY 82501


Pinnacle Bank
1702 17th Street
Cody, WY 82414


Polar Service Centers
1323 Taylor Place
Billings, MT 59101


Robert L. Carey
PO Box 260
Buffalo, WY 82834


Rosemarie Hofer
PO Box 396
Guernsey, WY 82214


S&P Brake Supply
PO Box 30296
Billings, MT 59107


Sapp Brothers
12500 I 80 Service Road
Cheyenne, WY 82009


SB Fuels of Wyoming
12500 I 80 Service Road
Cheyenne, WY 82009

Scott A. Hinze
2213 11th Street
Cody, WY 82414


Serina L. Petty
2650 Sunset Blvd
Bar Nunn, WY 82601


Shawn L. Cox
50 West 2nd Street Lot 5
Lovell, WY 82431


Shawn M. Dudgeon
1921 Beck Ave.
Cody, WY 82414


Sheldon G. Helsley
PO Box 122
Gillette, WY 82717


Slafter Oil
PO Box 950
Scottsbluff, NE 69363-0950


Stanley Sanitation
PO Box 343
Story, WY 82842


Stephen B. Welker
PO box 1383
1079 Siera Vista
Evansville, WY 82636


Steve F. Rankin
2001 Ln 13H
Powell, WY 82435

Steven R. Wascher
1743 Rumsey Ave
Cody, WY 82414


Suncor



Suzanne M. Rankin
2001 Ln 13 1/2
Powell, WY 82435


Tammy L. Hall
1511 Mydland Road, #11
Sheridan, WY 82801


Tammy S. Webb
381 Dow Prong Road
Banner, WY 82832


Taylor J. Hoopes
106 Road 2BC
Cody,WY 82414


TCH OP
4185 Harrison Blvd #202
Ogden, UT 84403


Teresa D. Mann
1032 Marion Place
Sheridan, WY 82801


Theron R. Shelley
433 4th Ave. South
Greybull, WY 82426

Thomas G. Hargis, Jr
920 Missourt Valley Road
Riverton, WY 82501

Thomas J. Hall
1511 Mydland Road, #11
Sheridan, WY 82801

Thomas J. Lopez, Sr.
418 Indian Paintbrush
Casper, WY 82604

Thomas L. Lamb
PO Bxo 2464
Cody, WY 82414

Tiffany J. Nielsen
1601 Bighorn Ave, #D8
Cody, WY 82414

Toney R. Raabe
2108 South Richard Street
Casper, WY 82601

Tracy L. Hindman
1712 Burlington Ave
Casper, WY 82601

Trevor W. Stanfill
4725 Powell Hwy
PO Box 2971
Cody, WY 82414

Trimarc
935 Riverside Ave, #19
Paso Robles, CA 93446

US Bancorp
1310 Madrid Street
Marshall, MN 56258


Wells Fargo Bank (SBA)
1401 Sheridan Ave
Cody, WY 82414


Wells Fargo Equipment Finance
733 Marquette Ave, #700
Minneapolis, MN 55402


Wendy S. Wehrung
1739 Holloway
Sheridan, WY 82801


Western Environmental Service
PO box 41030
Mesa, AZ 85274-1030


Western Truck Repair LLC
6010 W 56th Ave
Arvada, CO 80002


Wingfoot - Casper
PO box 3079
Capser, WY 82602


Wyoming Fire Safety
PO box 3111
Cody, WY 82414


Wyoming Machinery Company
PO Box 2335
Casper, WY 82602

Wyoming Refining
2743 Collection Center Drive
Chicago, IL 60693-2743


Yahoozes, Inc.
2307 Larkspur Court
Cody, WY 82414


Zane C. Miles
18 Hollow Creek Road
Sheridan, WY 82801

**ATTACHMENT A**
**SCHEDULE B - ASSETS**

| Item | Location |
|------|----------|
| Convenience Store  (221 Yellowstone Ave) | Cody, WY |
| Convenience Store (1201 17th Street) | Cody, WY |
| Car Wash (1203 17th Street) | Cody, WY |
| Bulk Plant/Office building (53 County Road 2ab) | Cody, WY |
| Bulk Plant | Cody, WY |
| Cash on Hand | Various |
| Business Checking/Savings Accounts at Pinnacle Bank | Fort Lupton, CO |
| Business Checking Accounts at First National Bank | Powell, WY |
| Business Checking Accounts at First Interstate Bank | Lander, WY |
| Business Checking Accounts at Bank of Lovell | Lovell, WY |
| Business Checking Accounts at Oregon Trail Bank | Guernsey, WY |
| Business Checking Account at Bank of Buffalo | Buffalo, WY |
| Aged Accounts Receivables | |
| Accounts Receivables | |
| Liquor License | Wyoming |
| Office Equipment, Furnishing and Supplies | Various |
| Misc. Machinery & Equipment | Various |
| Misc. Tools & Shop Equipment | Various |
| Misc. Computer Equipment & Software | Various |
| Misc. Inventory | Various |
| Misc. Movies & Video Equipment | Various |
| Rolling Stock – Trucks, Trailers & Tankers | Various |
| Notes Receivable from BHP | |
| Notes Receivable from 5-HS, Inc. | |
| Notes Receivable from H Development | |
| Notes Receivable from SAH, Inc. | |
| Notes Receivable from Red Eagle, LLC | |
| Notes Receivable from Q&H, Inc. | |
| Notes Receivable from DMV, Inc. | |
| Notes Receivable from H1, LLC | |
| Notes Receivable from H2, LLC | |
| Notes Receivable from H3, LLC | |
| Notes Receivable from H4, LLC | |
| Notes Receivable from Hinze Br., LLC | |
| Notes Receivable from ALEM, LLC | |
| Notes Receivable from Vandale, Inc | |
| Accounts Receivables on Shareholders Loan | |
| Rents Receivable | |
| Non-Compete Agreement | |

**B6 Declaration (Official Form 6 - Declaration) (12/07)**

In re  **Red Eagle Oil, Inc** _____    Case No. _____
                    **Debtor**                                                                  **(If known)**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I **Dale Hinze**, the **President** of the **Corporation** named as debtor in this case, declare under penalty of
perjury that I have read the foregoing summary and schedules, consisting of _____**38**_____ sheets *(Total shown on summary page plus 1)*,
and that they are true and correct to the best of my knowledge, information, and belief.

Date __**8/1/2011**_____        Signature:  **s/ Dale Hinze** _____

                                                    **Dale Hinze President** _____
                                                    [Print or type name of individual signing on behalf of debtor.]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.*

# RESOLUTION
## OF
## RED EAGLE OIL, INC.

I, Dale Hinze, declare under penalty of perjury that I am the President of Red Eagle Oil, Inc., a Wyoming Corporation and that on July 22, 2011 the following resolution was duly adopted by the officers of this Corporation:

"**WHEREAS,** it is in the best interest of this Corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

**BE IT THEREFORE RESOLVED,** that Dale Hinze, President of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 11 voluntary bankruptcy case on behalf of the Corporation; and

**BE IT THEREFORE RESOLVED,** that Dale Hinze, President of this Corporation, is authorized and directed to appear in all bankruptcy proceedings on behalf of the Corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Corporation in connection with such bankruptcy case; and

**BE IT FURTHER RESOLVED,** that Dale Hinze, President of this Corporation, is authorized and directed to employ Stephen R. Winship and Bradley T. Hunsicker, attorneys and the law firm Winship & Winship, P.C. to represent the Corporation in such bankruptcy case."

**EXECUTED this _29_ day of July, 2011.**

RED EAGLE OIL, INC.

By: _Dale A Hinze_ 

Dale Hinze, President and Director

# United States Bankruptcy Court
# District of Wyoming

In re   **Red Eagle Oil, Inc**                                    Case No.

Debtor.                                                      Chapter    **11**

## STATEMENT OF CORPORATE OWNERSHIP

Comes now **Red Eagle Oil, Inc** (the "Debtor") and pursuant to Fed. R. Bankr. P. 1007(a) and
7007.1 state as follows:

_____   All corporations that directly or indirectly own 10% or more of any class of the corporation's equity interests
are listed below:

**Owner**                                                    **% of Shares Owned**
**None**

OR,

___**X**___   There are no entities to report.

By /s/ Bradley Hunsicker
_____
**Bradley Hunsicker**
Signature of Attorney

Counsel for   **Red Eagle Oil, Inc**

Bar no.:        **7-4579**

Address.:      **Winship & Winship, PC**
                   **PO Box 548**
                   **Casper, WY 82602**

Telephone No.:  **307-234-8991**
Fax No.:        **307-234-1116**
E-mail address:  **brad@winshipandwinship.com**

B 203
(12/94)

**UNITED STATES BANKRUPTCY COURT**
**District of Wyoming**

In re:   Red Eagle Oil, Inc

Case No. _____
Chapter   11

Debtor

# DISCLOSURE OF COMPENSATION OF ATTORNEY
# FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s)
   and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be
   paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in
   connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept          $    $185—250

   Prior to the filing of this statement I have received          $    25,000.00

   Balance Due          $    _____

2. The source of compensation paid to me was:

   ☑ Debtor          ☐ Other (specify)

3. The source of compensation to be paid to me is:

   ☐ Debtor          ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates
   of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of
   my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is
   attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case,
   including:

   a)   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file
        a petition in bankruptcy;

   b)   Preparation and filing of any petition, schedules, statement of affairs, and plan which may be required;

   c)   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

   d)   Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

   e)   [Other provisions as needed]

        **The compensation agreed to be paid by the Debtor to the undersigned is $185.00 to $250.00 per hour plus expenses.**

6. By agreement with the debtor(s) the above disclosed fee does not include the following services:

   **Preparation of Tax Returns, Initial Report and Monthly Operating Reports to Trustee.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for
representation of the debtor(s) in this bankruptcy proceeding.

Dated: _____

_____

Winship & Winship, P.C., Attorneys for Debtor
By: Bradley T. Hunsicker, Bar No. 7-4579