Brad T. Hunsicker
(Wyo. State Bar No. 7-4579)
WINSHIP & WINSHIP, P.C.
100 North Center Street, Sixth Floor
PO Box 548
Casper, WY 82602
307-234-8991

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| RED EAGLE OIL, INC. | ) | Case No. 11-20857 |
| | ) | CHAPTER 11 |
| | ) | |
| Debtor. | ) | |

### AFFIDAVIT OF BRYAN HINZE IN SUPPORT OF CASH COLLATERAL MOTION

Bryan Hinze, of full age, being duly sworn according to law, upon his oath, deposes and states:

1. I am the Vice-President of Red Eagle Oil, Inc. ("REO"). As such, I am familiar with REO's day-to-day operations, business affairs and records, and am authorized to make this Affidavit on REO's behalf.

2. On August 1, 2011 (the "Petition Date"), REO filed a voluntary Chapter 11 petition in the United States Bankruptcy Court for the District of Wyoming. Since the Petition Date, REO has remained in possession of its assets and has continued management of its businesses, pursuant to §§ 1107 and 1108 of the Bankruptcy Code.

3. To avoid the potentially disruptive impact that commencement of this Chapter 11 case might have on REO's ability to continue operating, and to facilitate the orderly transition into Chapter 11, REO has requested the Court to consider, on an expedited basis, the motion for an order pursuant to § 363(c) and Fed.R.Bankr.P. 4001, authorizing REO to use cash collateral and provide adequate protection. REO is also requesting the Court to consider other motions as well, but using cash collateral is of most importance at this time.

1

4. The purpose of the cash collateral motion includes, among other things, to (a) insure REO's ability to continue in the ordinary course; (b) ease REO's transition into Chapter 11; (c) maintain and bolster employee morale so as to reduce attrition of the staff; (d) allow for the efficient and orderly administration of REO's case; (e) allow for the continuation of the business without interruption; and, (f) provide REO with a "breathing spell" from aggressive creditor action while REO evaluates its alternatives, pursues strategic alliances, refinancing, and/or new investors, all towards the goal of filing a Chapter 11 plan of reorganization. The cash collateral motion is crucial to REO's reorganization, and more important, the preservation of REO's estate and assets.

5. This Affidavit is intended to describe the circumstances precipitating REO's Chapter 11 proceeding and to provide general information about REO and its business operations that are germane to the cash collateral motion. The factual statements in this Affidavit are based on my personal knowledge, information supplied to me by others under my supervision, my review of relevant documents, and/or my opinions based on my experience and knowledge of REO's operations, financial condition and industry in general.

## General Overview of REO's Business

6. REO was formally known as Hinze, Inc. For the sake of simplicity, the corporation will be referred to as REO. REO currently owns the "operation" portion of fifteen (15) convenience stores in Wyoming. REO only owns the land and buildings associated with two (2) of these stores. REO also currently operates a transportation business, hauling "common freight." REO also owns a bulk plant (currently of limited use) and a wholesale plant (currently leased to Murdock Oil).

7. REO purchased its first retail convenience store in 1990 in Ralston, Wyoming. In 1992, REO purchased one (1) wholesale plant, a Texaco distributorship and three (3) additional retail convenience stores. While REO "owned" the operation portion of each store, it only owned the land and buildings associated with two (2) of these stores. The third store was owned by an outside entity

2

(REO leased the retail operations of the store). In 1997, the land and building associated with the third store was purchased by Red Eagle LLC (a company owned by the same shareholders as REO). REO continued to lease this store from Red Eagle LLC.

8. In 1997, REO purchased its first fuel transport to begin selling fuel wholesale. The wholesale business began to grow, and in 1997, REO became an Exxon branded distributor.

9. In 2003, REO purchased multiple assets from Shell, consisting of the retail operations portion of multiple retail convenience stores. The land and buildings associated with these stores was purchased by Red Eagle LLC.

10. In 2003, REO became a Cenex-branded distributor. Between 1997 and 2003, REO branded multiple Exxon, Shell and Cenex retail sites. The wholesale side of REO was steadily growing, which allowed REO to purchase additional transports and trailers. As of today, the transport distribution system consists of 26 transports (tractors) and approximately 60 trailers.

11. By the end of 2004, REO had acquired the retail operations portion of fifteen (15) retail convenience stores which it still operates today. Of the fifteen (15) retail stores, REO only owned (and continues to own) the land and buildings associated with two (2) of them. The land and buildings associated with the other thirteen (13) retail stores was (and is) owned by Red Eagle LLC. In 2004, REO became more of a "common freight" transportation company, hauling condensate, crude oil and other oil field commodities. The retail side of REO did not expand after 2004, however, the wholesale (and distribution) side of the business grew exponentially, until approximately 2009, at which time the economy took a significant downturn.

12. In early 2009, REO began having difficulties collecting accounts receivable. One account in particular was significant. In an attempt to deal with this account, REO took on trade (from the entity with the outstanding account receivable) a bulk plant in Buffalo, Wyoming (in hopes that the revenue REO would realize from operating the bulk plant would replace the account

receivable it could not collect). The revenue generated from the bulk plant was not sufficient to replace the capital that would have otherwise been received had REO been paid the account receivable (the bulk plant is still operating, but on a limited basis, and is used in connection with the transportation side of the business). The downturn in the economy and the uncollectability of certain accounts receivable created a cash-flow problem. REO began factoring its other account receivables to maintain operating cash-flow as a short-term fix. The expense of factoring ultimately led to REO no longer being able to cash-flow its business. In April of 2011, REO was no longer in a position to factor its account receivables, and consequently, it did not have sufficient capital to pay its vendors. Between April and June of 2011, REO stopped distributing gas to its branded retailers. REO began purchasing fuel solely to stock the fifteen (15) retail stores. In June, the wholesale plant was leased to Murdock Oil. As of today, the few vendors still providing REO with fuel and inventory do so only on COD (cash on delivery), or on two (2) day terms. The transportation side of the business is now "common carrier" freight only, but is operating at near full capacity.

13.     The culmination of these events resulted in REO being unable to satisfy its accounts payable, and ultimately, REO was sued by multiple entities. REO decided to file for Chapter 11 protection to preserve the value of the estate and its assets, and to reorganize its affairs.

### REO Pre-Petition Debt – Cash Collateral

14.     REO's main pre-petition lender is Pinnacle Bank (the "Bank"), who, as of the Petition Date, is owed approximately $2,009,000.00. This Bank appears to hold a first priority lien in certain assets of REO, including inventory and accounts. As of the Petition Date, the value of inventory is estimated to be $1,300,000.00, the value of account receivables is estimated to be $800,000.00, and the value of deposit accounts is estimated to be $400,000.00. Apart from these assets, the Bank also has a lien on the wholesale plant, valued at $1,030,000.00 as of January 25, 2009, and a lien on a liquor store owned by another entity, valued at $1,400,000.00 as of February 11, 2009. In summary

the Bank's obligation of $2,009,000.00 is secured by first position liens on assets having an approximate value of more than $4,000,000.00.

### REO's need for Emergent Relief

15. REO is requesting that the Court authorize its use of (a) its cash, (b) proceeds of the pre-petition collateral, and (c) such other funds that REO obtains post-petition which may be subject to the Bank's pre-petition security interest. Without the use of cash collateral, REO will be unable to continue its business, including the collection of its accounts, preservation of its assets (including insurance, taxes and maintenance), payment of its post-petition obligations and process and complete orders from customers. Based upon the facts and reasons stated herein, I believe it is in the best interests of REO, its estate and creditors and all other parties-in-interest, that is cash collateral motion be approved.

16. In order to continually meet the above monthly obligations and maintain current inventory and accounts receivable levels, REO will require approximately $500,000.00 of liquid cash.

17. If REO is allowed to use cash collateral up to $500,000.00, post-petition net income for August through September 2011 is projected to be approximately $622,238.00 (with inventory, deposit accounts and account receivables levels remaining constant – but fluctuating based on sales volume and restocking). A preliminary projected budget for August through September 2011 is attached to this Affidavit.

Dated this 3 day of August, 2011.

_____
Bryan Hinze, Vice-President of Red Eagle Oil, Inc.

**STATE OF WYOMING**    )
                                                )ss.
**COUNTY OF** Park          )

Subscribed and sworn to before me by Bryan Hinze this 3rd day of August, 2011.

5

Witness my hand and official seal.

_____
Notary Public

My Commission Expires:

March 15, 2014

COLLEEN RILEY    NOTARY PUBLIC
COUNTY OF PARK    STATE OF WYOMING
MY COMMISSION EXPIRES MARCH 15, 2014

6

Red Eagle Oil, Inc.
Red Eagle Food Stores

|  | August | September | October | TOTALS |
|---|---:|---:|---:|---:|
| **GALLONS SOLD** | | | | |
| Gallons Sold - Unleaded | 636,906 | 517,103 | 433,765 | 1,587,774 |
| Gallons Sold - Mid-Grade | 186,737 | 146,704 | 116,213 | 449,654 |
| Gallons Sold - Premium | 135,186 | 81,292 | 64,069 | 280,547 |
| Gallons Sold - #1 Diesel | 13 | 44 | 141 | 198 |
| Gallons Sold - #2 Diesel | 347,530 | 290,924 | 266,924 | 905,378 |
| Gallons Sold - #2 Dyed | 7,931 | 6,431 | 5,778 | 20,140 |
| TOTAL GALLONS SOLD | 1,314,303 | 1,042,498 | 886,890 | 3,243,691 |
| **REVENUE** | | | | |
| Sales-Gasoline-Unleaded | 2,098,014 | 1,689,862 | 1,381,379 | 5,169,255 |
| Sales-Gasoline-Mid Grade | 11,615 | 6,846 | 3,686 | 22,147 |
| Sales-Gasoline-Premium | 629,025 | 417,540 | 323,695 | 1,370,260 |
| Sales-Diesel 2 Clear | 1,034,868 | 874,538 | 810,705 | 2,720,112 |
| Sales-Diesel 2 Dyed | 21,282 | 17,417 | 16,239 | 54,938 |
| Sales-Diesel 1 Clear |  |  | 358 | 358 |
| Sales- Freight | 376,250 | 388,523 | 402,351 | 1,167,124 |
| Sales-Kerosene | 52 | 176 | 154 | 382 |
| Sales-Cigarettes | 270,125 | 243,116 | 242,113 | 755,353 |
| Sales-Other Tabacco | 52,375 | 48,211 | 50,343 | 150,928 |
| Sales-Beer | 70,174 | 55,489 | 45,835 | 171,498 |
| Sales-Wine | 11,586 | 10,665 | 7,627 | 29,878 |
| Sales-Liquor | 32,271 | 29,593 | 25,193 | 87,057 |
| Sales-Beverage | 207,565 | 161,381 | 147,562 | 516,508 |
| Sales-Candy | 45,399 | 36,662 | 32,977 | 115,037 |
| Sales-Milk | 6,819 | 5,820 | 5,130 | 17,769 |
| Sales-Dairy & Deli | 2,922 | 2,513 | 1,952 | 7,387 |
| Sales-Commissary | 21,461 | 18,648 | 17,729 | 57,837 |
| Sales-Ice Cream | 5,539 | 3,387 | 2,546 | 11,472 |
| Sales-Frozen Foods | 79 | 90 | 100 | 269 |
| Sales-Bread | 599 | 465 | 435 | 1,499 |
| Sales-Salty Snacks | 36,027 | 30,377 | 26,849 | 93,253 |
| Sales-Sweet Snacks | 20,680 | 18,239 | 16,714 | 55,633 |
| Sales-Alternative Snacks | 27,843 | 22,001 | 18,921 | 68,765 |
| Sales-Pershiable Grocery | 153 | 185 | 116 | 454 |
| Sales-Edible Grocery | 11,522 | 6,729 | 9,058 | 27,309 |
| Sales-Non-Edible Grocery | 2,368 | 1,913 | 1,178 | 5,459 |
| Sales-Health & Beauty | 13,198 | 10,866 | 9,492 | 33,556 |
| Sales-General Merchandise | 139,111 | 169,481 | 240,462 | 549,054 |
| Sales-Publications | 1,436 | 1,072 | 512 | 3,020 |
| Sales-Automotive Products | 8,373 | 7,181 | 6,596 | 22,149 |
| Sales-Automotive Services |  | 2 |  | 2 |
| Sales-Store Services | 36,114 | 27,513 | 31,488 | 95,115 |
| Sales-Ice | 21,243 | 12,134 | 7,624 | 41,001 |

| | | | | |
|---|---:|---:|---:|---:|
| Sales-Food Services | 20,731 | 18,548 | 19,632 | 58,910 |
| Sales-Hot Beverages | 18,895 | 18,984 | 19,462 | 57,341 |
| Sales-Cold Beverages | 29,151 | 24,484 | 20,660 | 74,296 |
| Sales-Frozen Beverages | 4,514 | 2,987 | 2,115 | 9,616 |
| Sales-Non-Taxable items | 4,516 | 4,103 | 4,652 | 13,271 |
| Sales-Store Use | -1 | -3 | -3 | -7 |
| Sales-Game & Fish Licenses | 10,505 | 12,606 | 16,617 | 39,728 |
| Sales-Car Wash | 7,678 | 5,391 | 4,195 | 17,264 |
| Sales Discounts | -2,749 | -1,741 | -409 | -4,899 |
| Red Eagle Rewards | -21,695 | -18,001 | -21,911 | -61,607 |
| Trade Discounts | -13,343 | -12,624 | -10,038 | -36,005 |
| Employee Fuel Discounts | -4,746 | -3,874 | -3,763 | -12,383 |
| | | | | 0 |
| TOTAL REVENUE | 5,269,545 | 4,369,493 | 3,938,327 | 13,577,366 |
| | | | | 0 |
| COST OF GOODS SOLD | | | | 0 |
| | | | | 0 |
| COGS-Gasoline-Unleaded | 1,966,249 | 1,565,972 | 1,301,781 | 4,834,002 |
| COGS-Gasoline-Mid Grade | 10,666 | 6,227 | 3,289 | 20,181 |
| COGS-Gasoline-Premium | 588,038 | 390,172 | 304,122 | 1,282,333 |
| COGS-Diesel 2 Clear | 968,911 | 831,209 | 791,005 | 2,591,125 |
| COGS-Diesel 2 Dyed | 14,304 | 14,849 | 14,696 | 43,849 |
| COGS-Diesel 1 Clear | -3 | 3 | 301 | 301 |
| COGS-Kerosene | 40 | 143 | 129 | 311 |
| COGS-Cigarettes | 217,589 | 231,013 | 204,310 | 652,912 |
| COGS-Other Tabacco | 42,957 | 41,440 | 38,565 | 122,962 |
| COGS-Beer | 54,368 | 58,298 | 33,301 | 145,967 |
| COGS-Wine | 7,627 | 8,223 | 4,533 | 20,383 |
| COGS-Liquor | 21,096 | 23,611 | 15,142 | 59,849 |
| COGS-Beverage | 122,522 | 110,838 | 91,195 | 324,555 |
| COGS-Candy | 25,015 | 22,940 | 18,061 | 66,016 |
| COGS-Milk | 4,242 | 4,369 | 3,184 | 11,795 |
| COGS-Dairy & Deli | 1,690 | 2,284 | 1,138 | 5,113 |
| COGS-Commissary | 13,087 | 15,299 | 10,660 | 39,046 |
| COGS-Ice Cream | 2,669 | 2,855 | 1,239 | 6,762 |
| COGS-Frozen Foods | 47 | 196 | 56 | 299 |
| COGS-Bread | 400 | 606 | 285 | 1,291 |
| COGS-Salty Snacks | 21,356 | 19,698 | 15,870 | 56,924 |
| COGS-Sweet Snacks | 13,049 | 14,964 | 10,584 | 38,597 |
| COGS-Alternative Snacks | 15,657 | 17,523 | 10,584 | 43,764 |
| COGS-Pershiable Grocery | 92 | 141 | 68 | 301 |
| COGS-Edible Grocery | 6,836 | -2,011 | 5,304 | 10,129 |
| COGS-Non-Edible Grocery | 1,340 | 1,766 | 673 | 3,779 |
| COGS-Health & Beauty | 6,786 | 8,062 | 4,819 | 19,668 |
| COGS-General Merchandise | 81,192 | 108,093 | 121,113 | 310,399 |
| COGS-Publications | 798 | 434 | 289 | 1,522 |
| COGS-Automotive Products | 4,836 | 5,024 | 3,769 | 13,629 |
| COGS-Store Services | 27,820 | 30,629 | 29,605 | 88,054 |
| COGS-Ice | 1,501 | -92 | 741 | 2,150 |
| COGS-Food Services | 22,969 | 19,845 | 19,235 | 62,049 |
| COGS-Hot Beverages | 1,824 | -1,508 | 1,703 | 2,019 |
| COGS-Cold Beverages | 1,086 | 5,918 | 1,278 | 8,282 |
| COGS-Frozen Beverages | 95 | -76 | 67 | 85 |
| COGS-Non-Taxable items | 1,515 | 664 | 1,545 | 3,724 |
| COGS-Service Charges | 818 | 606 | 544 | 1,968 |

| | | | | |
|---|---:|---:|---:|---:|
| COGS-Store Use | 15,877 | 10,518 | 9,751 | 36,146 |
| COGS-Game & Fish Licenses | 10,655 | 11,909 | 14,827 | 37,391 |
| COGS-Car Wash Soap | | 200 | | 200 |
| Purchase Discounts | -34,947 | -27,752 | -23,975 | -86,674 |
| ADJ-Gasoline Unleaded | -7 | 101 | 3,163 | 3,257 |
| ADJ-Gasoline Mid Grade | 0 | 0 | 0 | 1 |
| ADJ-Gasoline Premium | 34 | 35 | 1,808 | 1,878 |
| ADJ-Diesel 2 Clear | -645 | 698 | 2,454 | 2,507 |
| ADJ-Diesel 2 Dyed | 5,520 | 5 | 3 | 5,529 |
| ADJ-Diesel 1 Clear | | | 0 | 0 |
| ADJ-Kerosene | -40 | -143 | -308 | -490 |
| ADJ-Cigarettes | -4,092 | -3,554 | -7,233 | -14,879 |
| ADJ-Other Tabacco | -537 | 935 | -2,552 | -2,154 |
| ADJ-Beer | 1,486 | -13,544 | 286 | -11,773 |
| ADJ-Wine | 1,050 | -2,704 | -9 | -1,663 |
| ADJ-Liquor | 2,906 | -6,448 | 70 | -3,473 |
| ADJ-Beverage | -4,317 | -1,327 | -420 | -6,065 |
| ADJ-Candy | -237 | -530 | -151 | -918 |
| ADJ-Milk | 75 | -326 | -101 | -351 |
| ADJ-Dairy & Deli | -31 | -12 | -4 | -47 |
| ADJ-Commissary | -190 | -190 | -199 | -578 |
| ADJ-Ice Cream | -127 | -27 | -4 | -158 |
| ADJ-Frozen Foods | -5 | 0 | 20 | 15 |
| ADJ-Bread | -4 | -17 | -31 | -51 |
| ADJ-Salty Snacks | -165 | -257 | -325 | -747 |
| ADJ-Sweet Snacks | -166 | -415 | -296 | -877 |
| ADJ-Alternative Snacks | -881 | -928 | -634 | -2,443 |
| ADJ-Pershiable Grocery | 5 | -4 | -4 | -2 |
| ADJ-Edible Grocery | -8,422 | 1,666 | -4,175 | -10,931 |
| ADJ-Non-Edible Grocery | 1 | -602 | -28 | -630 |
| ADJ-Health & Beauty | -91 | -158 | -98 | -348 |
| ADJ-General Merchandise | -913 | -4,209 | 506 | -4,616 |
| ADJ-Publications | 598 | 767 | 242 | 1,607 |
| ADJ-Automotive Products | -92 | -68 | -13 | -173 |
| ADJ-Ice | 451 | 909 | -198 | 1,161 |
| ADJ-Food Services | | | | |
| ADJ-Hot Beverages | 16,330 | 21,584 | 14,787 | 52,702 |
| ADJ-Cold Beverages | 21,878 | 14,302 | 16,012 | 52,193 |
| ADJ-Frozen Beverages | 3,518 | 1,698 | 1,054 | 6,269 |
| ADJ-Non-Taxable items | 2,427 | 2,215 | 6,291 | 10,933 |
| | -------------------- | -------------------- | -------------------- | |
| TOTAL COST OF GOODS SOL | 4,297,988 | 3,564,554 | 3,095,299 | 10,957,842 |
| | -------------------- | -------------------- | -------------------- | |
| GROSS PROFIT | 971,557 | 804,939 | 843,028 | 2,619,524 |

OPERATING EXPENSES

| | | | | |
|---|---:|---:|---:|---:|
| Advertising Expense | 69 | 905 | 177 | 1,151 |
| Auto Expenses | 775 | | 146 | 921 |
| Bad Debt Expense-A/R | | | | 0 |
| Bad Debt Expense-NSF Checks | -36 | | | -36 |
| Bank Charges | 376 | 294 | 476 | 1,145 |
| Cash Over and Short | 223 | -8,716 | -5,135 | -13,628 |
| Credit Card Fees | 69,190 | 56,912 | 45,989 | 172,091 |
| Charitable Contributions Exp | 675 | 119 | 255 | 1,048 |

| | | | | |
|---|---:|---:|---:|---:|
| Depreciation Expense | 18,571 | 14,724 | 14,724 | 48,019 |
| Dues and Subscriptions Exp | 11,099 | -2,060 | 20,159 | 29,198 |
| Equipment Lease | 3,245 | 4,527 | 3,465 | 11,237 |
| Extermination | 275 | 195 | 195 | 665 |
| Freight Expense | 54 | 90 | 126 | 270 |
| Insurance Employee Health | 3,572 | 2,072 | 4,046 | 9,690 |
| Insurance Workers' Comp. | 5,030 | 4,889 | 4,951 | 14,870 |
| Insurance Building | 4,992 | 4,992 | 4,992 | 14,976 |
| Laundry and Cleaning Exp | 335 | 552 | 422 | 1,309 |
| Licenses Expense | | 1,050 | 200 | 1,250 |
| Loan Origination Fees | 80 | | | 80 |
| Losses/Damages | -1,981 | | 16 | -1,966 |
| Maintenance Expense-Equip | | 167 | | 167 |
| Maintenance Exp-Equip(C-store) | 3,488 | 844 | 1,216 | 5,548 |
| Maintenance Expense-Buildings | 3,021 | 1,733 | 4,033 | 8,787 |
| Miscellaneous Expenses | 62 | 44 | 113 | 220 |
| Payroll Exp- Hourly Employee | 139,588 | 135,092 | 136,610 | 411,291 |
| Payroll Exp- Salaried Employee | 10,742 | 10,742 | 10,742 | 32,225 |
| Payroll Exp- Video Department | 183 | 149 | 178 | 509 |
| Payroll Exp- Truck Drivers | 100,000 | 102,000 | 104,000 | 306,000 |
| Payroll Tax Paid FICA | 10,007 | 9,672 | 9,708 | 29,387 |
| Payroll Tax Paid Medicare | 1,977 | 1,920 | 1,945 | 5,842 |
| Payroll Tax Paid SUTA | 2,498 | 2,398 | 2,204 | 7,100 |
| Payroll Tax Paid FUTA | 331 | 261 | 283 | 875 |
| Postage | 503 | 439 | 558 | 1,501 |
| Promotional Expense | -857 | -645 | -405 | -1,907 |
| Lease Equipment | 52,000 | 52,000 | 52,000 | 156,000 |
| Rent or Lease Expense | 10,701 | 11,241 | 11,241 | 33,184 |
| Repairs Expense - Equipment | 1,775 | 5,196 | 7,329 | 14,300 |
| Rent Expense - Buildings | 90,240 | 90,240 | 90,240 | 270,720 |
| Repairs Expense - Buildings | 1,200 | 1,200 | 1,200 | 1,200 |
| Spoilage | 2,677 | 3,846 | 3,749 | 10,271 |
| Supplies - Store Uses | 13,485 | 3,079 | 5,320 | 21,884 |
| Supplies - Office | 323 | -36 | 1,223 | 1,510 |
| Taxes - Property | | 29,471 | 362 | 29,833 |
| Telephone Expense | 2,955 | 2,549 | 3,815 | 9,319 |
| Testing Expenses | 1,510 | 112 | 3,772 | 5,394 |
| Thefts/Drive Offs | 210 | 20 | 524 | 754 |
| Trash Removal | 459 | 667 | 360 | 1,486 |
| Travel Expense Ground | 1,496 | 1,754 | 1,343 | 4,592 |
| Travel Expense Accomdations | 117 | | 100 | 216 |
| Travel Expense Meals 50% | | | 114 | 114 |
| Trucking Expense - Fuel | 60,000 | 60,000 | 60,000 | 180,000 |
| Trucking Expense - Repairs | 25,000 | 25,000 | 25,000 | 75,000 |
| Utilities - Electric | 24,519 | 30,100 | 24,653 | 79,272 |
| TOTAL OPERATING EXPENSE | 676,753 | 661,802 | 658,732 | 1,997,287 |
| NET INCOME FROM OPERA | 294,804 | 143,138 | 184,296 | 622,238 |

OTHER INCOME & EXPENSE

| | | | | |
|---|---:|---:|---:|---:|
| Administrative Income | 15,000 | 15,000 | 15,000 | 45,000 |
| ATM Income | 1,100 | 1,275 | | 2,375 |

|  |  |  |  |  |
|---|---:|---:|---:|---:|
| Other Income | 5,122 | 7,186 | 6,227 | 18,535 |
| Administrative Fees | 0 | 0 | 0 | 0 |
| Interest Expense | 0 | 0 | 0 | 0 |
| TOTAL OTHER INCOME & EXP | 21,222 | 23,461 | 21,227 | 65,910 |
| NET INCOME (LOSS) | 316,027 | 166,599 | 205,523 | 688,148 |