| | | |
|---|---|---|
| Label Matrix for local noticing<br>1089-2<br>Case 11-20857 | Equitable Oil Purchasing<br>PO Box 2360<br>Casper, WY  82602 | Exxon<br>PO Box 101537<br>Atlanta, GA 30392-1537 |
| Ameriquest<br>PO Box 828997<br>Philadelphia, PA 19182-8997 | CHS Inc Cenex<br>Farmers Union Oil<br>1600 Hwy 49N<br>Beulah, NE 58523-6046 | Frontier Oil & Refining<br>Dept. 566<br>Denver,CO 80271-0566 |
| Big D Oil Co<br>PO Box 1378<br>Rapid City, SD 57709-1378 | Exxon Mobil Oil Corporation<br>3225 Gallows Road, Room 3D0206<br>Fairfax, VA 22037-0001 | ExxonMobil Business Support<br>Attn:  Jennifer Fraser<br>120 McDonald Street<br>Saint John, NB, Canada<br>E2J 1M5 |
| Big Horn Tire<br>196 Hwy 16 East<br>Buffalo, WY 82834-9347 | Grizzly Maintenance Service<br>PO Box 368<br>Casper, WY 82602 | I-State Truck Center<br>NW 7246<br>PO Box 1450 |
| J.H. Kaspar Oil Company<br>PO Box 448<br>Rawlins, WY 82301 | Jefferson Partners LP<br>2100 East 26th Street<br>Minneapolis, MN 55485-7246 | |

| | | |
|---|---|---|
| Overland Petroleum/DATS Trucking<br>321 N. Old Hwy 91<br>Hurricane, UT 84737-3194 | S&P Brake Supply<br>PO Box 30296<br>Billings, MT 59107-0296 | Slater Oil<br>PO Box 950<br>Scottsbluff, NE 69363-0950 |
| Peterbilt of Wyoming<br>4113 W. Yellowstone Hwy<br>Casper, WY 82604-2605 | Wyoming Machinery Company<br>PO Box 2335<br>Casper, WY 82602-2335 | Wyoming Refining<br>2743 Collection Center Drive<br>Chicago, IL 60693-2743 |
| Polar Service Centers<br>1323 Taylor Place<br>Billings, MT 59101-7356 | | |
| SB Fuels of Wyoming<br>12500 I 80 Service Road<br>Cheyenne, WY 82009-8410 | Sapp Brothers<br>12500 I 80 Service Road<br>Cheyenne, WY 82009-8410 | |