**Red Eagle Oil, Inc.**
**Payroll for Period 7/16/11-7/31/11**

| Name | Wage | Name | Wage |
|---|---|---|---|
| Adamakis, Athanassios | $ 99.75 | Hall, Thomas | $ 120.50 |
| Alden, Julie | $ 1,180.75 | Harada, Heather | $ 322.28 |
| Anshutz, Kaorle | $ 494.78 | Hargis, Jr. Thomas | $ 4,713.26 |
| Applegate, Marilyn | $ 1,180.37 | Haviland, Brandon | $ 174.00 |
| Barcheers, Diana | $ 966.52 | Hawkins, Michelle | $ 1,197.92 |
| Beauchamp, Sharon | $ 688.39 | Helsley, Sheldon | $ 4,014.45 |
| Bladecki, Jessica | $ 756.18 | Henderson, Nathan | $ 668.70 |
| Blakeley, Jessica | $ 64.79 | Hindman, Tracy | $ 648.55 |
| Breeding, Misty | $ 1,066.38 | Hinze, Bobbie | $ 2,252.76 |
| Brendle, Alena | $ 523.88 | Hinze, Brad | $ 3,364.63 |
| Briggs, Kenneth | $ 2,532.68 | Hinze, Bryan | $ 3,065.39 |
| Brockie, Dee Anne | $ 465.53 | Hinze, Dale | $ 2,532.33 |
| Burden, Katie | $ 633.84 | Hinze, Jean | $ 176.00 |
| Canfield, Jason | $ 496.98 | Hinze, Judith | $ 1,841.67 |
| Carey, Katherine | $ 996.05 | Hinze, Juli | $ 1,937.51 |
| Carey, Robert | $ 3,960.01 | Hinze, Scott | $ 3,183.85 |
| Causey, James | $ 1,262.26 | Hofer, Rosemarie | $ 980.30 |
| Chadwick, Kendra | $ 852.96 | Hoopes, Taylor | $ 816.03 |
| Christensen, Marvin | $ 1,100.00 | Hunnicutt, Joseph | $ 2,410.04 |
| Colyar, Kelsey | $ 1,187.25 | Jacobski, Karen | $ 1,280.65 |
| Cox, Carolyn | $ 1,000.00 | Javert, Jean | $ 730.27 |
| Cox, Shawn | $ 821.65 | Johnson, Cassy | $ 654.84 |
| Dahmen, Lisa | $ 455.52 | Kincy, Michael | $ 895.65 |
| DeGroan, Laurie | $ 1,229.21 | Kunz, Lorie | $ 843.96 |
| Dodd, Philip | $ 665.10 | Lamb, Thomas | $ 1,105.40 |
| Dudgeon, Shawn | $ 923.06 | Langston, Billie | $ 710.68 |
| English, Jesse | $ 625.50 | Lopez, Sr. Thomas | $ 1,858.40 |
| Everett, Arthur | $ 1,218.08 | Lucero, Michael | $ 11.40 |
| Ferro, Paul | $ 2,291.67 | Lucero, Mickey | $ 859.70 |
| Fish, Lindsey | $ 833.01 | Mann, Teresa | $ 585.36 |
| Fitzgerald, Delee | $ 709.04 | Mannarino, Joanna | $ 594.64 |
| Foster, Ashley | $ 573.75 | Marksbury, Doris | $ 1,400.00 |
| Franklin, Debra | $ 852.03 | Martinez, Destiney | $ 633.25 |
| Gallagher, Paul | $ 230.18 | Mathews, Brian | $ 2,599.06 |
| Gass, Joshua | $ 715.20 | McHenry, Charles | $ 1,716.67 |
| Gitchel, Barbara | $ 1,201.67 | Miles, Zane | $ 403.20 |
| Godfrey, Brian | $ 1,200.00 | Miller, Ernest | $ 1,083.33 |
| Godrey, Curtis | $ 2,500.00 | Mirabel, Dwayne | $ 704.44 |
| Hall, Tammy | $ 514.61 | Monnin, Kevin | $ 2,969.06 |

**Red Eagle Oil, Inc.**
**Payroll for Period 7/16/11-7/31/11**

| Name | Wage |
|---|---|
| Moore, Joshua | $ 776.79 |
| Nielsen, Erik | $ 1,850.00 |
| Nielsen, Tiffany | $ 990.56 |
| Nugent, Jon | $ 1,118.99 |
| Petty, Serina | $ 1,271.58 |
| Proo, Judith | $ 613.76 |
| Quarrels, Benjamin | $ 804.00 |
| Quarterman, Cassidy | $ 545.84 |
| Quillinan, Jason | $ 926.48 |
| Raabe, Tony | $ 2,281.42 |
| Rankin, Steve | $ 843.08 |
| Rankin, Suzanne | $ 1,163.58 |
| Reyes, Kimberly | $ 1,254.17 |
| Ridge, Natalie | $ 779.40 |
| Riel, Justeen | $ 137.60 |
| Riley, Colleen | $ 1,925.00 |
| Root, April | $ 784.55 |
| Rosalez, Cole | $ 303.20 |
| Shamji, Megan | $ 233.76 |
| Shelley, Theron | $ 4,211.63 |
| Sizemore, Jr. Perry | $ 1,965.36 |
| Smith, Gordon | $ 933.25 |
| Stanfill, Trevor | $ 943.64 |
| Stewart, Amber | $ 520.63 |
| Vega, Patricia | $ 411.57 |
| Wade, Janice | $ 1,166.67 |
| Wall, Mikelle | $ 1,112.34 |
| Walock, Michael | $ 1,772.46 |
| Webb, Tammy | $ 1,341.31 |
| Wehrung, Wendy | $ 587.65 |
| Weinkauf, Kelsey | $ 874.70 |
| Welker, Kenneth | $ 2,742.65 |
| Welker, Stephen | $ 2,942.38 |
| Wollschlager, Dewayne | $ 2,133.33 |
| Wollschlager, Kyle | $ 549.23 |
| Zezas, James | $ 2,880.31 |