Daniel J. Morse (WY Bar # 7-4770)
Assistant United States Trustee, District of Wyoming
RICHARD A. WIELAND
UNITED STATES TRUSTEE
REGION 19
308 West 21st Street, Room 203
Cheyenne, WY 82001
(307) 772-2793

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| In re: | ) |
| | ) |
| Red Eagle Oil, Inc. | ) |
| | )   Case No. 11-20857 |
| | )   Chapter 11 |
| | ) |
| Debtor. | ) |

## UNITED STATES TRUSTEE'S OBJECTION TO DEBTOR'S MOTION FOR *EX-PARTE* INTERIM ORDER ALLOWING PAYMENT OF PRE-PETITION WAGES AND BENEFITS

The United States Trustee, through counsel, files the following objection (the "**Objection**") to Debtor's Motion for Ex Parte Interim Order Allowing Payment of Pre-Petition Wages and Benefits (the "**Motion**") because (1) Local Bankruptcy Rule 2002-1(D) does not permit this Motion to be heard on an *ex parte* basis and (2) the Debtor has failed to list in the Motion which employees are "insiders" within the meaning of § 101(31) of the Bankruptcy Code. That said, given the importance of payroll obligations, the United States Trustee would agree to a shortened notice period for the Motion, and withdraw the Objection, if Debtor agrees to file an amended Motion and identify therein

any employees that should be deemed "insiders" within the meaning of § 101(31) of the Bankruptcy Code.

WHEREFORE, the United States Trustee prays that the Court deny the Motion unless the foregoing conditions are met and award any further relief as may be just and proper under the circumstances.

Dated: August 4, 2011.

                                            Respectfully submitted,

RICHARD A. WIELAND
UNITED STATES TRUSTEE
REGION 19

*/s/ Daniel J. Morse*

By: Daniel J. Morse
Assistant U.S. Trustee, District of Wyoming
308 West 21st Street, Room 203
Cheyenne, WY 82001
Direct Line: 307-772-2793

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the attached **UNITED STATES TRUSTEE'S OBJECTION TO DEBTOR'S MOTION FOR EX-PARTE INTERIM ORDER ALLOWING PAYMENT OF PRE-PETITION WAGES AND BENEFITS** was emailed, this 4th day of August, 2011, to the following:

**Brad Hunsicker**
Winship & Winship, PC
P. O. Box 548
Casper, WY 82602

By: Daniel J. Morse
Assistant U.S. Trustee, District of Wyoming