Law Offices of Michael A. LaBazzo, LLC
Michael A. LaBazzo, State Bar #6-4297
1285 Sheridan Avenue, Suite 220
P.O. Box 2016
Cody, Wyoming  82414
(307) 587-6115
Attorney for Pinnacle Bank – Wyoming

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| In re: ) | |
| ) | Case No. 11-20857 |
| RED EAGLE OIL, INC, ) | Chapter 11 |
| ) | |
| Debtor, ) | |

## CREDITOR PINNACLE BANK'S RESPONSE TO DEBTOR'S EXPEDITED MOTION FOR ENTRY OF ORDER AUTHORIZING USE OF CASH COLLATERAL

**COMES NOW**, Secured Creditor Pinnacle Bank-Wyoming, by and through its counsel the Law Offices of Michael A. LaBazzo, LLC, and hereby replies to Debtor's above referenced Motion. Based on Debtor's agreement to provide Pinnacle Bank with adequate protection post petition, and Debtor's use of the Bank's Cash Collateral since Debtor's bankruptcy filing, while reserving Bank's right to later Object, including at the time of the August 9, 2011 telephonic hearing, has no objection to Debtor's continued use of the Bank's Cash Collateral, with the Court's ordered adequate protection, pending the hearing on Debtor's Noticed Motion scheduled for August 22, 2011. Secured creditor Pinnacle Bank does strongly disagree and object to Debtor's representation to the Court regarding the adequacy of Bank's collateral and the alleged value of Debtor's assets, both real property and inventory secured by Bank's liens.

**Dated** this day 8th day of August, 2011.

/s/
Law Offices of Michael A. LaBazzo, LLC
Michael A. LaBazzo
1285 Sheridan Avenue, Suite 220
Cody, Wyoming  82414
(307) 587-6115
Attorney for Pinnacle Bank – Wyoming

## CERTIFICATE OF SERVICE

The undersigned does certify that on the 8th day of August, 2011, a true and correct copy of the above and foregoing document was addressed and served via electronic filing as follows

    Bradley T. Hunsicker
    Winship & Winship, P.C.
    100 N. Center, Suite 600
    P.O. Box 548
    Casper, WY 82602

    US TRUSTEE
    308 West 21st St, 2nd Floor
    Cheyenne, WY 82001


        /s/
    Michael A. LaBazzo