Isaac N. Sutphin
Holland & Hart LLP
2515 Warren Ave., Suite 450
Cheyenne, WY  82001
Phone (307) 778-4200
Fax (307) 778-8175
E-mail: insutphin@hollandhart.com

Counsel for ExxonMobil Oil Corporation

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| RED EAGLE OIL, INC., | ) | Case No. 11-20857 |
| | ) | |
| Debtor. | ) | |
| | ) | |

### STATEMENT OF EXXONMOBIL OIL CORPORATION REGARDING DEBTOR'S MOTION FOR ENTRY OF ORDER AUTHORIZING USE OF CASH COLLATERAL

Pursuant to the Court's request, ExxonMobil Oil Corporation ("***Exxon***") submits this statement of its position regarding the Debtor's Motion for Entry of Order Authorizing Use of Cash Collateral.

Exxon raised an informal, limited objection to the Debtor regarding the scope of the replacement liens to be provided to Pinnacle Bank as adequate protection.  The Debtor resolved Exxon's informal objection by including clarifying language in its proposed Cash Collateral Order. Exxon has no objection to entry of a cash collateral order provided that it contains language regarding Pinnacle Bank's replacement liens substantially similar to that included in the Debtor's proposed Cash Collateral Order.

DATED: August 8, 2011.

      Respectfully submitted,

      HOLLAND & HART LLP

      /s/ Isaac N. Sutphin
      Isaac N. Sutphin
      2515 Warren Ave., Suite 450
      Cheyenne, WY  82001
      Phone (307) 778-4200
      Fax (307) 778-8175
      E-mail: insutphin@hollandhart.com
      Local Counsel for
      ExxonMobil Oil Corporation

      Counsel for ExxonMobil Oil Corporation

      - and -

      Deborah Kovsky-Apap
      PEPPER HAMILTON LLP
      100 Renaissance Center
      Suite 3600
      Detroit, MI 48243-1157
      Telephone:  (313) 259-7331
      Facsimile:   (313) 259-7926
      E-mail: kovskyd@pepperlaw.com

      Francis J. Lawall
      PEPPER HAMILTON LLP
      3000 Two Logan Square
      Eighteenth and Arch Streets
      Philadelphia, PA  19103-2799
      Telephone:  (215) 981-4000
      Facsimile:   (215) 981-4750
      lawallf@pepperlaw.com

      Counsel for ExxonMobil Oil Corporation

### CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was served August 8, 2011 by CM/ECF or U.S. Mail, postage prepaid, addressed to the following:

| | |
|---|---|
| Bradley T Hunsicker<br>Winship & Winship, P.C.<br>100 N Center, 6th Floor<br>Casper, WY 82602<br>*Counsel for Debtor* | Jennifer Fraser<br>Bankruptcy Coordinator<br>ExxonMobil Business Support Centre Canada ULC<br>120 McDonald Street<br>Saint John, NB, Canada<br>E2J 1M5 |
| John A. Coppede, Esq.<br>Hickey & Evans, LLP<br>1800 Carey Ave, Ste 700<br>PO Box 467<br>Cheyenne WY 82003-0467<br>*Counsel for Creditor CHS Inc.* | U.S. Trustee<br>308 West 21st Street, 2nd Floor<br>Cheyenne, WY  82001 |

/s/ Isaac N. Sutphin

5196286_1.DOCX