**Exhibit A**

1. DATS Trucking, Inc. a Utah corporation vs. Red Eagle Oil, Inc. a Wyoming corporation; Bryan Hinze, individually; and Dale Hinze, individually, Case No. 11CV0193F, United States District Court for the District of Wyoming
2. Equitable Oil Purchasing Company, vs. Dale Hinze, individually, Hinze, Inc., a Wyoming Corporation and Red Eagle Oil, Inc., a Wyoming Corporation, f/k/a Hinze, Inc., Case No. 26606, District Court of the Fifth Judicial District, State of Wyoming
3. Hermes Consolidated, Inc., d/b/a Wyoming Refining Company, vs. Red Eagle Oil, Inc., and Brad Hinze, Case 11-CV-01486, United States District Court for the District of Colorado
4. SAPP BROS, Inc. and SAPP BROS. Travel Centers, Inc., vs. Read Eagle Oil, Inc., and Dale A. Hinze, Civil No. 26639, District Court of the Fifth Judicial District, State of Wyoming