Red Eagle Oil, Inc. 11-20857

**Pay Period:** July 15-31, 2011

| Name | Position | Location | Address | Wages | Deductions for Insurance |
|---|---|---|---|---|---|
| Adamakis, Athanassios | Truck Driver | | North Dakota | $ 99.75 | |
| Anshutz, Kaorle | Bookkeeper/ Accounts Receivable | Office | 53 County Rd 2AB Cody | $ 494.78 | |
| Applegate, Marilyn | Bookkeeper/Accounts Payable | Office | 53 County Rd 2AB Cody | $ 1,180.37 | |
| Beauchamp, Sharon | Bookkeeper/Bulk plant | Office | 53 County Rd 2AB Cody | $ 688.39 | |
| Briggs, Kenneth | Truck Driver | | Wyoming | $ 2,532.68 | $ 144.35 |
| Carey, Robert | Truck Driver | | North Dakota | $ 3,960.01 | |
| Causey, James | Truck Driver | | Wyoming | $ 1,262.26 | |
| Christensen, Marvin | Truck Driver | | Wyoming | $ 1,100.00 | |
| Everett, Arthur | Truck Driver | | North Dakota | $ 1,218.08 | |
| Ferro, Paul | Brands Manager/Technician | All Stores | 53 County Rd 2AB Cody | $ 2,291.67 | |
| Godfrey, Brian | Truck Maintenance | Shop | 52 County Rd 2ab Cody | $ 1,200.00 | |
| Godrey, Curtis | Truck Maintenance Supervisor | Shop | 52 County Rd 2ab Cody | $ 2,500.00 | $ 144.35 |
| Hargis, Jr. Thomas | Truck Driver | | Wyoming | $ 4,713.26 | |
| Helsley, Sheldon | Truck Driver | | North Dakota | $ 4,014.45 | |
| Hinze, Bobbie | Office Manager | Office | 53 County Rd 2AB Cody | $ 2,252.76 | $ 57.71 |
| Hinze, Brad | Retail/Corporate Mananger | Office | 53 County Rd 2AB Cody | $ 3,364.63 | $ 803.61 |
| Hinze, Bryan | Wholesale/Corporate Manager | Office | 53 County Rd 2AB Cody | $ 3,065.39 | |
| Hinze, Dale | Transportation Manager | Office | 53 County Rd 2AB Cody | $ 2,532.33 | $ 40.66 |
| Hinze, Jean | Office Assistant | Office | 53 County Rd 2AB Cody | $ 176.00 | |
| Hinze, Judith | Human Resource/Fuel Tax Admin. | Office | 53 County Rd 2AB Cody | $ 1,841.67 | |
| Hinze, Scott | IT/Financial Reporting Admin. | Office | 53 County Rd 2AB Cody | $ 3,183.85 | $ 622.84 |
| Hunnicutt, Joseph | Truck Driver | | North Dakota | $ 2,410.04 | |
| Lopez, Sr. Thomas | Truck Driver | | Wyoming | $ 1,858.40 | $ 118.12 |
| Mathews, Brian | Truck Driver | | North Dakota | $ 2,599.06 | |
| Monnin, Kevin | Truck Driver | | Wyoming | $ 2,969.06 | |
| Nielsen, Erik | Dispatcher/Truck Driver | Office | 53 County Rd 2AB Cody | $ 1,850.00 | |
| Quillinan, Jason | Truck Driver | | Wyoming | $ 926.48 | |
| Raabe, Tony | Truck Driver | | Wyoming | $ 2,281.42 | |
| Quarrels, Benjamin | Truck Driver | | Wyoming | $ 804.00 | |
| Riley, Colleen | Dispatcher | Office | 53 County Rd 2AB Cody | $ 1,925.00 | $ 198.97 |
| Shelley, Theron | Truck Driver | | North Dakota | $ 4,211.63 | |
| Sizemore, Jr. Perry | Truck Driver | | North Dakota | $ 1,965.36 | |

Red Eagle Oil, Inc. 11-20857

| Name | Position | Location | Address | Wages | Deductions for Insurance |
|---|---|---|---|---|---|
| Smith, Gordon | Truck Driver | | North Dakota | $ 933.25 | |
| Webb, Tammy | Bookkeeper | Office | 199 U.S. Hwy 16 East Buffalo | $ 1,341.31 | |
| Welker, Kenneth | Truck Driver | | North Dakota | $ 2,742.65 | $ 144.35 |
| Welker, Stephen | Truck Driver | | North Dakota | $ 2,942.38 | $ 61.25 |
| Wollschlager, Dewayne | Truck Driver | | North Dakota | $ 2,133.33 | |
| Zezas, James | Truck Driver | | Wyoming | $ 2,880.31 | |
| Alden, Julie | Convenience store clerk | Red Eagle Food Store 2 | 221 Yellowstone Cody | $ 1,180.75 | $ 23.86 |
| Colyar, Kelsey | Convenience store clerk | Red Eagle Food Store 2 | 221 Yellowstone Cody | $ 1,187.25 | |
| Franklin, Debra | Convenience store clerk | Red Eagle Food Store 2 | 221 Yellowstone Cody | $ 852.03 | |
| Hoopes, Taylor | Convenience store clerk | Red Eagle Food Store 2 | 221 Yellowstone Cody | $ 816.03 | |
| Kunz, Lorie | Convenience store clerk | Red Eagle Food Store 2 | 221 Yellowstone Cody | $ 843.96 | |
| Lamb, Thomas | Convenience store clerk | Red Eagle Food Store 2 | 221 Yellowstone Cody | $ 1,105.40 | |
| Miller, Ernest | Manager Convenience Store | Red Eagle Food Store 2 | 221 Yellowstone Cody | $ 1,083.33 | $ 19.50 |
| Nugent, Jon | Convenience store clerk | Red Eagle Food Store 2 | 221 Yellowstone Cody | $ 1,118.99 | |
| Kincy, Michael | Convenience store clerk | Red Eagle Food Store 3 | 1543 Depot Drive Cody | $ 895.65 | |
| Nielsen, Tiffany | Convenience store clerk | Red Eagle Food Store 3 | 1543 Depot Drive Cody | $ 990.56 | |
| Reyes, Kimberly | Manager Convenience Store | Red Eagle Food Store 3 | 1543 Depot Drive Cody | $ 1,254.17 | $ 14.20 |
| Riel, Justeen | Convenience store clerk | Red Eagle Food Store 3 | 1543 Depot Drive Cody | $ 137.60 | |
| Stanfill, Trevor | Convenience store clerk | Red Eagle Food Store 3 | 1543 Depot Drive Cody | $ 943.64 | |
| Dudgeon, Shawn | Convenience store clerk | Red Eagle Food Store 4 | 1200 17th Street Cody | $ 923.06 | $ 13.07 |
| Jacobski, Karen | Convenience store clerk | Red Eagle Food Store 4 | 1200 17th Street Cody | $ 1,280.65 | $ 29.40 |
| Marksbury, Doris | Manager Convenience Store | Red Eagle Food Store 4 | 1200 17th Street Cody | $ 1,400.00 | $ 144.35 |
| Brendle, Alena | Convenience store clerk | Red Eagle Food Store 5 | 492 Main Street Ralston | $ 523.88 | |
| Gallagher, Paul | Convenience store clerk | Red Eagle Food Store 5 | 492 Main Street Ralston | $ 230.18 | |
| Rankin, Steve | Convenience store clerk | Red Eagle Food Store 5 | 492 Main Street Ralston | $ 843.08 | |
| Rankin, Suzanne | Manager Convenience Store | Red Eagle Food Store 5 | 492 Main Street Ralston | $ 1,163.58 | $ 17.10 |
| Breeding, Misty | Convenience store clerk | Red Eagle Food Store 6 | 2150 Federal Blvd Riverton | $ 1,066.38 | $ 29.40 |
| Brockie, Dee Anne | Convenience store clerk | Red Eagle Food Store 6 | 2150 Federal Blvd Riverton | $ 465.53 | |
| Burden, Katie | Convenience store clerk | Red Eagle Food Store 6 | 2150 Federal Blvd Riverton | $ 633.84 | |
| Harada, Heather | Convenience store clerk | Red Eagle Food Store 6 | 2150 Federal Blvd Riverton | $ 322.28 | |
| Haviland, Brandon | Convenience store clerk | Red Eagle Food Store 6 | 2150 Federal Blvd Riverton | $ 174.00 | $ 30.17 |
| Lucero, Michael | Convenience store clerk | Red Eagle Food Store 6 | 2150 Federal Blvd Riverton | $ 11.40 | |
| Proo, Judith | Convenience store clerk | Red Eagle Food Store 6 | 2150 Federal Blvd Riverton | $ 613.76 | $ 29.60 |

Red Eagle Oil, Inc. 11-20857

| Name | Position | Location | Address | Wages | Deductions for Insurance |
|---|---|---|---|---|---|
| Cox, Carolyn | Manager Convenience Store | Red Eagle Food Store 12 | 1801 Hwy 310 Lovell | $ 1,000.00 | $ 225.86 |
| Cox, Shawn | Convenience store clerk | Red Eagle Food Store 12 | 1801 Hwy 310 Lovell | $ 821.65 | $ 190.17 |
| Johnson, Cassy | Convenience store clerk | Red Eagle Food Store 12 | 1801 Hwy 310 Lovell | $ 654.84 | $ 24.42 |
| Langston, Billie | Convenience store clerk | Red Eagle Food Store 12 | 1801 Hwy 310 Lovell | $ 710.68 | |
| Carey, Katherine | Convenience store clerk | Red Eagle Food Store 13 | 199 U.S. Hwy 16 East Buffalo | $ 996.05 | |
| Gass, Joshua | Convenience store clerk | Red Eagle Food Store 13 | 199 U.S. Hwy 16 East Buffalo | $ 715.20 | |
| Moore, Joshua | Convenience store clerk | Red Eagle Food Store 13 | 199 U.S. Hwy 16 East Buffalo | $ 776.79 | |
| Root, April | Convenience store clerk | Red Eagle Food Store 13 | 199 U.S. Hwy 16 East Buffalo | $ 784.55 | |
| Rosalez, Cole | Convenience store clerk | Red Eagle Food Store 13 | 199 U.S. Hwy 16 East Buffalo | $ 303.20 | |
| Wollschlager, Kyle | Convenience store clerk | Red Eagle Food Store 13 | 199 U.S. Hwy 16 East Buffalo | $ 549.23 | |
| Bladecki, Jessica | Convenience store clerk | Red Eagle Food Store 15 | 400 Valley Drive Casper | $ 756.18 | $ 45.37 |
| Fish, Lindsey | Convenience store clerk | Red Eagle Food Store 15 | 400 Valley Drive Casper | $ 833.01 | |
| Hawkins, Michelle | Manager Convenience Store | Red Eagle Food Store 15 | 400 Valley Drive Casper | $ 1,197.92 | |
| Henderson, Nathan | Convenience store clerk | Red Eagle Food Store 15 | 400 Valley Drive Casper | $ 668.70 | |
| Lucero, Mickey | Convenience store clerk | Red Eagle Food Store 15 | 400 Valley Drive Casper | $ 859.70 | $ 34.38 |
| Martinez, Destiney | Convenience store clerk | Red Eagle Food Store 15 | 400 Valley Drive Casper | $ 633.25 | |
| Stewart, Amber | Convenience store clerk | Red Eagle Food Store 15 | 400 Valley Drive Casper | $ 520.63 | |
| Fitzgerald, Delee | Convenience store clerk | Red Eagle Food Store 16 | 1968 East Yellowsone Casper | $ 709.04 | |
| Hindman, Tracy | Convenience store clerk | Red Eagle Food Store 16 | 1968 East Yellowsone Casper | $ 648.55 | |
| Mannarino, Joanna | Convenience store clerk | Red Eagle Food Store 16 | 1968 East Yellowsone Casper | $ 594.64 | |
| Petty, Serina | Manager Convenience Store | Red Eagle Food Store 16 | 1968 East Yellowsone Casper | $ 1,271.58 | |
| Wall, Mikelle | Convenience store clerk | Red Eagle Food Store 16 | 1968 East Yellowsone Casper | $ 1,112.34 | |
| Mann, Teresa | Convenience store clerk | Red Eagle Food Store 17 | 2490 North Main Sheridan | $ 585.36 | |
| Miles, Zane | Convenience store clerk | Red Eagle Food Store 17 | 2490 North Main Sheridan | $ 403.20 | |
| Ridge, Natalie | Convenience store clerk | Red Eagle Food Store 17 | 2490 North Main Sheridan | $ 779.40 | |
| Shamji, Megan | Convenience store clerk | Red Eagle Food Store 17 | 2490 North Main Sheridan | $ 233.76 | |
| Quarterman, Cassidy | Convenience store clerk | Red Eagle Food Store 17 | 2490 North Main Sheridan | $ 545.84 | |
| Canfield, Jason | Convenience store clerk | Red Eagle Food Store 18 | 1229 Brundage Lane Sheridan | $ 496.98 | |
| Foster, Ashley | Convenience store clerk | Red Eagle Food Store 18 | 1229 Brundage Lane Sheridan | $ 573.75 | |
| Hall, Tammy | Convenience store clerk | Red Eagle Food Store 18 | 1229 Brundage Lane Sheridan | $ 514.61 | |
| Hall, Thomas | Convenience store clerk | Red Eagle Food Store 18 | 1229 Brundage Lane Sheridan | $ 120.50 | |
| Wade, Janice | Manager Convenience Store | Red Eagle Food Store 18 | 1229 Brundage Lane Sheridan | $ 1,166.67 | $ 144.35 |
| Wehrung, Wendy | Convenience store clerk | Red Eagle Food Store 18 | 1229 Brundage Lane Sheridan | $ 587.65 | |

Red Eagle Oil, Inc. 11-20857

| Name | Position | Location | Address | Wages | Deductions for Insurance |
|---|---|---|---|---|---|
| Barcheers, Diana | Convenience store clerk | Red Eagle Food Store 19 | 203 North Federal Riverton | $ 966.52 | $ 55.51 |
| Dahmen, Lisa | Convenience store clerk | Red Eagle Food Store 19 | 203 North Federal Riverton | $ 455.52 | $ 15.20 |
| English, Jesse | Convenience store clerk | Red Eagle Food Store 19 | 203 North Federal Riverton | $ 625.50 | |
| Dodd, Philip | Convenience store clerk | Red Eagle Food Store 19 | 203 North Federal Riverton | $ 665.10 | |
| Gitchel, Barbara | Manager Convenience Store | Red Eagle Food Store 19 | 203 North Federal Riverton | $ 1,201.67 | |
| Mirabel, Dwayne | Convenience store clerk | Red Eagle Food Store 19 | 203 North Federal Riverton | $ 704.44 | $ 22.15 |
| Blakeley, Jessica | Convenience store clerk | Red Eagle Food Store 21 | 200 West Whalen Guernsey | $ 64.79 | |
| Chadwick, Kendra | Convenience store clerk | Red Eagle Food Store 21 | 200 West Whalen Guernsey | $ 852.96 | |
| DeGroan, Laurie | Manager Convenience Store | Red Eagle Food Store 21 | 200 West Whalen Guernsey | $ 1,229.21 | |
| Weinkauf, Kelsey | Convenience store clerk | Red Eagle Food Store 21 | 200 West Whalen Guernsey | $ 874.70 | |
| Hofer, Rosemarie | Convenience store clerk | Red Eagle Food Store 21 | 200 West Whalen Guernsey | $ 980.30 | |
| Javert, Jean | Convenience store clerk | Red Eagle Food Store 21 | 200 West Whalen Guernsey | $ 730.27 | |
| Vega, Patricia | Convenience store clerk | Red Eagle Food Store 21 | 200 West Whalen Guernsey | $ 411.57 | |
| Hinze, Juli | District Manager Cody | Various stores | Cody | $ 1,937.51 | |
| McHenry, Charles | District Manager Sheridan | Various stores | Sheridan | $ 1,716.67 | $ 144.35 |
| Walock, Michael | District Manager Casper | Various stores | Casper | $ 1,772.46 | |
| | | | | $ 140,821.63 | $ 3,588.62 |

**Tax Withholding/Benefit Amounts**

| | | |
|---|---|---|
| Health Insurance Employer Paid | $ | 1,587.85 |
| Federal Withholding | $ | 14,605.44 |
| Fica Withholding Employee | $ | 5,827.83 |
| Medicare Withholding Employee | $ | 2,012.00 |
| Medicare Withholding Employer | $ | 2,012.00 |
| Fica Withholding Employer | $ | 8,602.96 |
| Futa Tax | $ | 133.23 |
| | $ | 34,781.31 |