Bradley T. Hunsicker
(Wyoming State Bar No. 7-4579)
WINSHIP & WINSHIP, P.C.
PO Box 548
Casper, WY 82602
(307) 234-8991

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| In re: ) | |
| ) | |
| RED EAGLE OIL, INC. ) | Case No. 11-20857 |
| ) | CHAPTER 11 |
| Debtor. ) | |
| ) | |

## MOTION TO EXTEND TIME FOR FILING REMAINING SCHEDULES

**COMES NOW** Red Eagle Oil, Inc., as Debtor-in Possession, by and through its counsel, and hereby moves the Court to extend the time for filing Debtor's remaining schedules, and in support hereof shows the Court as follows:

1. This case was filed on August 1, 2011 and the first meeting of creditors is scheduled for September 8, 2011.

2. The Clerk of the Bankruptcy Court has issued a Deficiency Notice, whereby the remaining schedules are due by August 15, 2011.

3. Because of the emergency nature of Debtor's filing and the various hurdles that have risen from the filing, Debtor has had difficulty gathering all pertinent information required in order to put the remaining schedules together.

4. Debtor requests that it have up to and including August 29, 2011 to file its remaining schedules.

**WHEREFORE** Debtors request that it have up to and including August 29, 2011 to file its remaining schedules.

**DATED** this 15th day of August, 2011.

                                    RED EAGLE OIL, INC.

                                    By:__/s/_____
                                    Bradley T. Hunsicker
                                    (Wyoming State Bar No. 7-4579)
                                    WINSHIP & WINSHIP, P.C.
                                    P.O. 548
                                    Casper, WY  82602

## CERTIFICATE OF SERVICE

I, Bradley T. Hunsicker, hereby certify that a true and correct copy of the foregoing **Motion to Extend Time for Filing Remaining Schedules** was served upon **The Office of the United States Trustee**, electronically this 15th day of August, 2011.

                                    ___/s/_____
                                    Bradley T. Hunsicker