IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF WYOMING



FILED

2:58 pm, 8/24/11

Tim J. Ellis
Clerk of Court

In re:  )
  )
RED EAGLE OIL, INC.  )  Case No. 11-20857
  )  CHAPTER 11
        Debtor.  )
  )

### ORDER ON MOTION TO EXTEND TIME FOR FILING REMAINING SCHEDULES

**THIS MATTER** having come before the Court upon the Debtor's Motion to Extend Time for Filing Remaining Schedules, and good cause being shown therefor;

**NOW, THEREFORE, IT IS HEREBY ORDERED** that the Debtor shall have up to and including August 29, 2011 in which to file its remaining schedules.

**DATED** this 24 day of August, 2011.

BY THE COURT:

_____
United States Bankruptcy Judge