UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF WYOMING

*Minutes of Proceeding*

FILED

Date: **August 25, 2011**　　　　　　　　　　　　　　Honorable Peter J. McNiff, Presiding　　3:38 pm, 8/25/11
Time: 10:00 a.m.　To: 10:15 a.m.　　Location: Telephone conference　　　　　　　　　Tim J. Ellis
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Clerk of Court

In re: **Red Eagle Oil, Inc.**　　　　　　　　　　　　　　　　　　　　Case No. 11-20857
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Chapter 11
　　　　　　　　　　　　　　　　　Debtor(s).

| | Appearances | | Counsel | |
|---|---|---|---|---|
| Trustee | | | Counsel | |
| Debtor(s) | | | Counsel | **Bradley Hunsicker** |
| Creditor | **Pinnacle Bank** | | Counsel | **Michael LaBazzo** |
| Creditor | **Wyoming Refining Company** | | Counsel | **Steve Aaron** |
| Creditor | **ExxonMobile Oil Corp** | | Counsel | **Isaac Sutphin/Francis Lawall** |

Proceedings:　**Hearing on the Expedited Motion for Entry of Order Authorizing Debtor to Pre-Pay Vendors in the Ordinary Course and the objections filed by Wyoming Refining Company and Pinnacle Bank.**

[X] Statements of parties are on the record.

Orders:

　[x]　Relief sought:　[x] Granted in part　[ ] Denied　　[ ] Case Dismissed　[ ] Continued:
　[ ]　Matter taken under advisement
　[x]　Formal order or judgment to enter　　[x] To be prepared　Mr. Hunsicker
　[ ]　These minutes constitute the court's official order in this matter

[X] The court finds that the Debtor's motion for entry of an order authorizing the Debtor to pre-pay vendors, in the ordinary course of business, is objected to, in part, by creditors, Wyoming Refining Company and Pinnacle Bank. The objections are not to the Debtor's request to pre-pay vendors in the ordinary course, but to that aspect of the motion that would grant vendors an allowed administrative claim should the Debtor fail to pay upon delivery. The court sustains the objections and denies Debtor's granting a super-priority administrative claim on any deliveries not paid COD. The court grants the Debtor's request, *nunc pro tunc*, that gives the Debtor the authority to prepay its vendors for all petroleum products and other goods for resale from the listed vendors; authorizing the vendors to accept such payments and that the vendors are not obligated to sell any petroleum products or other goods to the Debtor.

Date: **August 2, 2011**　　　　　　　　　　　　　FOR THE COURT:

　　　　　　　　　　　　　　　　　　　　　　　　By /s/ [signature]