A-1 Septic
250 Burma Road
Riverton, WY 82501


Brad Hinze
813 Shadow Street
Cody, WY 82414


AFLAC
World Wide Headquarters
1932 Wynnton Road
Columbus, GA 31993-0797


Aire Master of Eastern Wyoming
443 S Kimball
Casper, WY 82601


Alena D. Brendle
PO Box 752
1154 Cortez
Ralston, WY 82440


Alsco/American Linen
3200 Prospector Drive
Casper, WY 82604


Amanda D. Griffin
639 East Adams, #15
Powell, WY 82435


Amber K. Stewart
68 Poppy Street
Casper, WY 82604


Amcon Distributing Co.
PO Box 2243
Rapid City, SD 57709

American Linen/ALSCO
PO Box 30496
Billings, MT 59107-0496


American Welding & Gas, Inc.
PO Box 30118
Billings, MT 59107


Amerigas
5140 W Yellowstone Hwy
Casper, WY 82604


Amerigas-Riverton
933 West Main Street
Riverton, WY 82501


Ameriquest
PO Box 828997
Philadelphia, PA 19182


Ann Dicken
2437 Knadler Street
Laramie, WY 82072


April M. Root
150 Red Hills
Buffalo, WY 82834


Arthur G. Everett
PO Box  234
Fort Buford Campground
Trenton, ND 58853


Ashley A. Foster
635 1/2 Park Street
Sheridan, WY 82801

Association Benefit Program/PMA
Gerald L.  Lukton Company, Inc.
2696 S Colorado Blvd, #450
Denver, CO 80222


AT&T Mobility
PO Box 6463
Carol Stream, IL 60197-6463


Axis Capital Inc
308 North Locust Street
Grand Island, NE


B&T Fire Extinguishers, Inc
PO box 993
Lander, WY 82520


Barbara I. Gitchel
1020 Sherry Drve
Riverton, WY 82501


Benjamin H.Quarrels
1905 16th Street
Cody, WY 82414


Big D Oil Co
PO Box 1378
Rapid City, SD 57709


Big Horn Tire
196 Hwy 16 East
Buffalo, WY 82834


Billie J. Langston
48 N Heart Mountain Street
Byron, WY 82412

Black Hills Stage Lines, Inc
720 E Norfolk Ave
Norfolk, NE 68701


Bloedorn Lumber
PO Box 313
Riverton, WY 2501


Bloedorn Lumber-Riverton
1202 North Federal
PO Box 313
Riverton, WY 82501


Bobbie Hinze
902 37th Street
Cody, WY 82414


Boone's Machine Shop
341 24th Street
Cody, WY 82414


Boyds Coffee
19730 NE Sandy Blvd
Portland, OR 97230


Brad A. Hinze
813 Shadow Street
Cody, WY 82414


Brandon S. Haviland
906 Hillside Ave
Riverton, WY 82501


Brian C. Godfrey
1226 Mt View Drive
Cody, WY 82414

Brian D. Mathews
2368 Meadowlark Court
Cody, WY 82414


Bryan Hinze
907 37th Street
Cody, WY 82414


Bryan Hinze
902 37th Street
Cody, WY 82414


C&J Sayles Inc
PO Box 9430
Rapid City, SD 57709


C.Starks
PO Box 947
Riverton, WY 82501


Capital Premium Financing
PO Box 30293
SLC, UT 84130-0293


Carbonics & Supply, Inc.
PO Box 341
Torrington, WY 82240


Carolyn S. Cox
130 W Shoshone
PO Box 201
Byron, WY 82412


Carquest Auto Parts
PO Box 503589
St. Louis, MO 63150

```
Cassidy J. Quarterman
782 Marion Court, #3
Sheridan, WY 82801




Caterpillar Access Account Corporat
PO Box 84006
Columbus, GA 31908-4006




CDW Direct, Inc
PO Box 75723
Chicago, IL 60675-5723




Celtic Leasing Corp.
4 Park Plaza, #300
Irvine, CA 92614




Charles D. Mc Henry
340 East Loucks
Sheridan, WY 82801




CHS Inc Cenex
Farmers Union Oil
1600 Hwy 49N
Beulah, ND 58523




City of Buffalo
46 North Main
Buffalo, WY 82834




City of Cody
1338 Rumsey Ave
Cody, WY 82414




City of Douglas
PO Box 1030
Douglas, WY 82633
```

```
City of Powell
PO BOx 1008
Powell, WY 82435-1008




CN Funding, LLC
PO Box 2149
Gig Harbor, WA 98335




Coca-Cola Bottling
1000 West T
Los Angeles, CA  90074-3158




Cold Front Distribution
5151 Banncock Street
Denver, CO 80216




Cole E. Rosalez
572 High Street
Buffalo, WY 82834




Colleen E. Riley
PO Box 58
929 East Monroe
Powell, WY 82435




Colorado Tape Distributors
1623 N Woodhaven Drive
Franktown, Co 80116




Computer Solutions
3167 Energy Lane
Casper, WY 82604




Comtromix
800 West Collins Drive
Casper, WY 82601
```

Concept's
380-A International Drive
Bollingbrook, IL 60440


Cool it Refrigeration, LLC
1620 Burlington Ave, #3
Casper, WY 82601


Cooper Welding
PO Box 95
Riverton, WY 82501


Cowboy Collectibles Inc
PO box 128
Hungry Horse, MT 59919


Craig Distributing
PO box 2736
Gillette, WY 82717


Crystal Ice
PO Box 875
Wheatland, WY 82201


Curtis Godfrey
PO Box 454
Cody,W Y 82414


Custom Delivery Service
1905 17th Street
Cody, WY 82414


DAH-SAH
PO Box 2468
Cody, WY 82414

```
Dale A. Hinze
80 Casper Drive
Cody, WY 82414



Dale and Judy Hinze
80 Casper Drive
Cody, WY 82414



Dale Hinze
80 Casper Drive
 Cody, WY 82414



Debra E.P. Franklin
PO Box 142
Cody, WY 82414



Decker Auto Glass/Wesglass Inc
PO Box 2368
Casper, WY 82602



Dee Anne Brockie
PO Box 211
359 Ethete
Saint Stephens, WY 82524



Delee E. Fitzgerald
123 West E Street, #1286
Casper, WY 82601



Destiney R. Martinez
188 Columbine #4
Casper, WY 82604



Dewayne R. Wollschlager
72 Airport Road
Buffalo, WY 82834
```

Dex Media West
PO Box 79167
Phoenix, AZ 85062-9167


Diana L. Barcheers
831 E. Monroe, #10
Riverton, WY 82501


Doris A. Marksbury
1237 Rumsey Ave
Cody, WY 82414


Dultmeier Sales LLC
PO Box 45565
Omaha, NE 68145


Dwayne P. Mirabal
910 East Jackson
Riverton, WY 82501


E&E Heating & AC
5 South Drive
Sheridan, WY 82801


E.A. Sween
16101 West 78th Street
Eden Prairie, MN 55344


Eagle of Cody Printing
PO Box 522
Cody, WY 82414


Eagle Uniform Supply
494 Main Street
Lander, WY 82520

Energy West
PO Box 970
Cody, WY 82414

Equifax Information SVCS
PO Box 105835
Atlanta, GA 30348

Equitable Oil Purchasing
PO Box 2360
Casper, WY 82602

Erik l. Nielson
PO box 415
659 Southfork Road
Cody, WY 82414

Ernest W. Miller
2805 Lincoln Ave
Cody, WY 82414

Exxon Mobil Oil Corporation
3225 Gallows Road, Room 3D0206
Fairfax, VA 22037-0001

Financial Pacific Leasing, LLC
3455 S 344th Way, #300
Federal Way, WA 98001

Frontier Oil & Refining
Dpet. 566
Denver, CO 80271-0566

Garland Light & Power Co.
755 Highway 14
Powell, WY 82435

Gilbarco, Inc.
12249 Collections Center Drive
Chicago, IL 60693


Gordon J. Smith
2208 Sheridan Ave., 6
Cody, WY 82414


Gordons Oil, Inc.
901 10th Street
Cody, WY 82414


Grizzly Maintenance Service
PO Box 368
Casper, WY 82602


Heather A. Harada
1575 East Monroe, #43
Riverton, WY 82501


Ice House
671 Lincoln
Lander, WY 82520


Indian Ice
PO Box 907
Casper, WY 82602


Interstate Batteries
1919 Lampman Drive, #A
Billings, MT 59101


Interstate Brands/Sweethe
Dept. 1883
Denver, CO 80291-1883

Interstate Power Systems, Inc
NW 7244
OB 1450
Minneapolis, MN 55485-7244


I-State Truck Center
NW 7246
PO Box 1450
Minneapolis, MN 55485-7246


J.H. Kaspar Oil Company
PO Box 448
Rawlins, WY 82301


James L. Causey
PO Box 233
Cody, Wy 82414


James P. Zezas
PO Box 516
400 Middle Fork Road
Buffalo, WY 82834


Janice M. Wade
340 E Loucks
Sheridan, WY 82801


Jason L. Canfield
854 E Burhitt Street
Sheridan, WY 82801


Jason M. Quillinan
147 N Monkey Road
Glenrock, WY 82637


Jean A. Hinze
2213 11th Street
Cody, WY 82414

Jean R. Javert
555 W. Chugwater
PO Box 130
Guernsey, WY 82214


Jefferson Partners LP
2100 East 26th Street
Minneapolis, MN 55404


Jesica Bladecki
212 Indian Paintbrush Street, #3
Casper, WY 82604


Jesse E. English, Jr.
1117 E. Freemont
Riverton, WY 82501


Jessica Blakeley
PO Box 764
Guernsey, WY 82214


Joanna L. Mannarino
PO Box 2648
Mills, WY 82644


Jon W. Nugent
PO Box 1951
Cody, WY 82414


Jordan T. Butler
PO Box 454
Cody, WY 82414


Joshua A. Moore
#700 West Gatchull
Buffalo, WY 82834

Joshua L. Gass
601 E. Parmelee, #11
Buffalo, WY 82834


Jospeh W. Hunnicutt
1421 Beck Ave
Cody, WY 82414


Judith A. Hinze
80 Casper Drive
Cody, WY 82414


Judith L. Proo
92 Blackfoot Ave
Riverton, WY 82501


Jules & Associates, Inc
515 South Figueroa Street
#1950
Los Angeles, CA 90071


Juli D. Hinze
813 Shadow Street
Cody,WY 82414


Julie Aden
PO Box 1052
Cody, WY 82414


Justin M. Riel
2904 East Ave
Cody, WY 82414


Karen Jacobskl
1744 Alger Ave
Cody, WY 82414

Karole L. Anshutz
2113 23rd Street
Cody, WY 82414


Katherine E. Carey
PO Box 260
Buffalo, WY 82834


Katie L. Burden
608 Greet Street
Riverton WY 82501


Kelsey L. Colyar
10 Scenic View Drive
Cody, WY 82414


Kelsey R. Weinkauf
200 Leiter Ave
Lingle, WY 82223


Kendra J. Chadwick
PO Box 24
Fort Laramie, WY 82212


Kenneth E Briggs
450 Road 1 A-B
Powell, WY 82435


Kenneth E. Welker
1110 Surrey Street
Casper, WY 82609


Kersten Trailer
1790 License Street
Casper, WY 82601

Kevin J. Monnin
2338 Carter Ave
Cody, WY 82414


Kimberly A. Reyes
1231 1/2 Wyoming Ave
Cody, WY 82414


Kneco Security & Technology
3416 First Ave North
Billings, MT 59101


Korn King Gourmet Popcorn
1501 2nd Ave
Scottsbluff, NE 69361


Kyle C. Wollschlager
72 Airport Road
Buffalo, WY 82834


Laurie L. DeGroen
152 W. Whalen
Guernsey, WY 82214


Lindsey R. Fish
551 Andrea Lane #3
Casper, WY 82604


Lipco
PO Box 168
Kirbyville, MO 65679


Lisa L. Dahmen
1219 1/2 Park Street
Riverton, WY 82501

Lorie A. Kunz
197 Diamond Basin Road
Cody, WY 82414


LSE, Inc.
3750 Briarwood Circle
Idaho Falls, ID 83404


M&J Distributing Inc
PO Box 785
Watertown, SD 57201-0785


Marilyn Applegate
2607 Ina Ave
Cody, WY 82414


Mark D. Hagen
PO Box 335
Burley, ID 83318


Marvin L. Christensen
2975 Hervington Drive
Casper, WY 82604


Mathenson-Linweld
PO Box 845502
Dallas, TX 75284-5502


McJunkin Red Man Corp
PO Box 676316
Dallas, TX 75267


Megan C. Shamji
2019 Quail Court
Sheridan, WY 82801

Metz Beverage Co. Inc
PO Box 828
Sheridan, WY 82801


Michael C. Kincy
308 Roberts Street
Cody, WY 82414


Michael D. Lucero
O' WYO N. Fed
Riverton, WY 82501


Michael H. Walock
2400 W. 39th Ave
Casper, WY 82604


Michelle R. Hawkins
1995 Boysen
Casper, WY 82604


Mickey R. Lucero
188 Columbine Box 4
Casper, WY 82604


Mikelle L. Wall
1416 Burlington
Casper, WY 82601


Misty M. Breeding
2299 Cottonwood Dr
Riverton, WY 82501


Montana-Dakota Utilities
PO Box 5600
Bismark, ND 58506-5600

Natalie R. Ridge
2167 N Main Street, #15
Sheridan, WY 82801


Nathan Henderson
1021 S Washington
Casper, WY 82601


Norco Inc
PO Box 15299
Boise, ID 83715


Overland Petroleum/DATS Trucking
321 N. Old Hwy 91
Hurrican, UT 84737


NW Fuel Systems Billing
PO Box 94
Kalispell, MT 59901


Outside Networks
2551 Eltham Ave
Norfolk, VA 23513


Park County Glass
PO Box 1238
Cody, WY 82414


Patricia J. Vega
147 S. Dakota Street
PO Box 123
Guernsey, WY 82214


Paul Gallagher
354 Lane 7
Powell, WY 82435

Paul M. Ferro
438 Sunlight Drive
Powell, WY 82435


Pecten Funding
JP Morgan Chase
PO Box 2558
Houston, TX 77252-8059


Perry J. Sizemore
3002 E. Sheridan Ave
Cody, WY 82414


Personnel Evaluation, Inc.
11138 W. Greenfield Ave
Milwaukee, WI 53214-2362


Peterbilt of Montana
PO Box 2511
Billings, MT 59103


Peterbilt of Wyoming
4113 W. Yellowstone Hwy
Casper, WY 82604


Philoip M. Dodd
1001 E. Main Street
Riverton, WY 82501


Pinnacle Bank
1702 17th Street
Cody, WY 82414


Platte Valley Electric
PO Box 520
Torrington, WY 82240

Polar Service Centers
1323 Taylor Place
Billings, MT 59101


Precision Outdoor Power
614 West Main Street
Riverton, WY 82501


Qwest
PO Box 29040
Phoenix, AZ 85038-9040


R&A Safety Training
162 W North Street
Powell, WY 82435


Red Eagle Food Stores
PO Box 2468
Cody, WY 82414


Reser's Fine Foods, Inc.
PO Box 6000
San Francisco, CA 94160


Rimrock Tire
2603 Bighorn Ave
PO Box 128
Cody, WY 82414


Riverton Ranger, Inc
PO Box 993
Riverton, WY 82501


Robert L. Carey
PO Box 260
Buffalo, WY 82834

Rocky Mountain Power
1033 NE 6th Ave
Portland, OR 97256-0001


Rocky Mountain Snacks
213 S House Ave
Cheyenne, WY 82007


Rosemarie Hofer
PO Box 396
Guernsey, WY 82214


S&P Brake Supply
PO Box 30296
Billings, MT 59107


Salem Minerals
PO Drawer 1
611 Water Street
Silver Plume, CO 80476-0059


Sapp Brothers
12500 I 80 Service Road
Cheyenne, WY 82009


SB Fuels of Wyoming
12500 I 80 Service Road
Cheyenne, WY 82009


Scott A. Hinze
2213 11th Street
Cody, WY 82414


Scott Hinze
2213 11th Street
Cody, WY 82414

Serina L. Petty
2650 Sunset Blvd
Bar Nunn, WY 82601


Service Plumbing and Heating
201 Webbwood Road
Riverton, WY 82501


Shawn L. Cox
50 West 2nd Street Lot 5
Lovell, WY 82431


Shawn M. Dudgeon
1921 Beck Ave.
Cody, WY 82414


Sheldon G. Helsley
PO Box 122
Gillette, WY 82717


Shoshone Distributing
Box 8
Cody, WY 82414


Slafter Oil
PO Box 950
Scottsbluff, NE 69363-0950


Source Gas
PO Box 660474
Dallas, TX 75266-0474


Stanley Sanitation
PO Box 343
Story, WY 82842

Stephen B. Welker
PO box 1383
1079 Siera Vista
Evansville, WY 82636


Steve F. Rankin
2001 Ln 13H
Powell, WY 82435


Steven R. Wascher
1743 Rumsey Ave
Cody, WY 82414


Stoval Beverage
675 S Walnut
Casper, WY 82601


Suncor
Gordon & Rees, LLP
555 Seventeenth Street, #3400
Denver, CO 80202


Suzanne M. Rankin
2001 Ln 13 1/2
Powell, WY 82435


Tammy L. Hall
1511 Mydland Road, #11
Sheridan, WY 82801


Tammy S. Webb
381 Dow Prong Road
Banner, WY 82832


Tanager Beverage
PO Box 2077
Cody,Wy 82414

Tarco Industries
4572 Telephone Road, #914
Ventura, CA 9303

Taylor J. Hoopes
106 Road 2BC
Cody,WY 82414

TCF Equipment Finance
2118 East Big Beaver Road, #B
Troy, MI 48083

TCH OP
4185 Harrison Blvd #202
Ogden, UT 84403

TCT dba Big Horn Wire
PO Box 671
Basin, WY 82410-0671

Telvent DTN
PO Box 630845
Cincinnati, OH 45263-0845

Teresa D. Mann
1032 Marion Place
Sheridan, WY 82801

Terminix of Wyoming
PO Box 4747
Casper, WY 82604

The Lovell Chronicle
PO Box 787
Lovell, WY 82431

The Office Exg.
33 North Main Street
Buffalo, WY 82834


The Office Shop
70 W Main
Cowley, WY 82420


Theron R. Shelley
433 4th Ave. South
Greybull, WY 82426


Thomas G. Hargis, Jr
920 Missourt Valley Road
Riverton, WY 82501


Thomas J. Hall
1511 Mydland Road, #11
Sheridan, WY 82801


Thomas J. Lopez, Sr.
418 Indian Paintbrush
Casper, WY 82604


Thomas L. Lamb
PO Bxo 2464
Cody, WY 82414


Tiffany J. Nielsen
1601 Bighorn Ave, #D8
Cody, WY 82414


Tire-Rama
800 West Yellowstone
Casper, WY 82601

Toney R. Raabe
2108 South Richard Street
Casper, WY 82601


Torrington Beverage, Inc.
4394 McKenna Road A
Torrington, WY 82240


Town of Guernsey
PO Box 667
Guernsey, WY 82214


Tractor & Equipment Co
PO Box 58201
Tukwilla, WA 98138-1201


Tracy L. Hindman
1712 Burlington Ave
Casper, WY 82601


Trevor W. Stanfill
4725 Powell Hwy
PO Box 2971
Cody, WY 82414


Trimarc (Wells Fargo Equipment Fina
935 Riverside Ave, #19
Paso Robles, CA 93446


U.S. Bancorp (Manifest Funding Serv
1450 Channel Parkway
Marshall, MN 56258


UPS Store
1108 14th Street
Cody, WY 82414

USA Today
384 W Collins
Casper, WY 82601


Wells Fargo Bank
1401 Sheridan Ave
Cody, WY 82414


Wendy S. Wehrung
1739 Holloway
Sheridan, WY 82801


Western Environmental Service
PO box 41030
Mesa, AZ 85274-1030


Western Glove Distributing
1113 W 4th Street
Laurel, MT 59044


Western Truck Repair LLC
6010 W 56th Ave
Arvada, CO 80002


Whitaker Oil
1325 N. Cleveland Ave
Loveland, CO 80537


Wholesale Bait Co.
PO Box 1056
Afton, WY 83110


Wild West Munchies
546 SE 8th Street, C-12
Loveland, CO 80538

Williams Inland Distributing
PO Box 11367
Spokane, WA 99211-1367


Wingfoot - Casper
PO box 3079
Capser, WY 82602


Wyoming Fire Safety
PO box 3111
Cody, WY 82414


Wyoming Machinery Company
PO Box 2335
Casper, WY 82602


Wyoming Refining
2743 Collection Center Drive
Chicago, IL 60693-2743


Wyoming Trading Co
PO Box 670
Mills, WY 82644


Wyoming Waterworks
PO Box 1044
Cody, WY 82414


Wyoming Woods LLC
PO Box 2291
Mills, WY 82644


Wyotel, Inc.
38 Hassle Road
Rock Springs, WY 82901

Yahoozes, Inc.
2307 Larkspur Court
Cody, WY 82414


Yellowbook West
PO Box 660052
Dallas, TX 75266-0052


Zane C. Miles
18 Hollow Creek Road
Sheridan, WY 82801


Zezas Repair
140 W Gatchell
Buffalo, WY 82834

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court

## District of Wyoming

In re **Red Eagle Oil, Inc** _____,
                               Debtor

Case No. **11-20857** _____

Chapter **11** _____

# AMENDED - SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $ 0.00 | | |
| B - Personal Property | YES | 4 | $ 2.971.155.96 | | |
| C - Property Claimed as Exempt | NO | | | | |
| D - Creditors Holding Secured Claims | YES | 4 | | $ 5.479.951.70 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 0 | | $ 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 53 | | $ 7.115.060.10 | |
| G - Executory Contracts and Unexpired Leases | YES | 2 | | | |
| H - Codebtors | NO | | | | |
| I - Current Income of Individual Debtor(s) | NO | 0 | | | $ |
| J - Current Expenditures of Individual Debtor(s) | NO | 0 | | | $ |
| TOTAL | | 64 | $ 2,971,155.96 | $ 12,595,011.80 | |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## District of Wyoming

In re  **Red Eagle Oil, Inc** _____,     Case No.  **11-20857** _____

                                        Debtor                                    Chapter  **11**

## AMENDED - STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $    0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $    0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $    0.00 |
| Student Loan Obligations (from Schedule F) | $    0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E. | $    0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $    0.00 |
| TOTAL | $    0.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $    0.00 |
| Average Expenses (from Schedule J, Line 18) | $    0.00 |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $    0.00 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $    0.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $    0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $    0.00 |
| 4. Total from Schedule F | | $    7,115,060.10 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $    7,115,060.10 |

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re  **Red Eagle Oil, Inc** _____          Case No.  **11-20857** _____
                          Debtor                                                                 **(If known)**

# AMENDED - DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I **Dale Hinze**, the **President** of the **Corporation** named as debtor in this case, declare under penalty of
perjury that I have read the foregoing summary and schedules, consisting of    **65** _____ sheets *(Total shown on summary page plus 1)*,
and that they are true and correct to the best of my knowledge, information, and belief.

Date   **8/29/2011** _____          Signature:   **s/ Dale Hinze** _____

                                                          **Dale Hinze President** _____
                                                          [Print or type name of individual signing on behalf of debtor.]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.*