DALE W. COTTAM, 6-2719
JEFFREY M. BOLDT, 7-4730
Hirst Applegate, LLP
Attorneys for Creditor
Wells Fargo Equipment Finance, Inc.
P. O. Box 1083
Cheyenne, WY  82003-1083
(307) 632-0541

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| IN RE: | |
| RED EAGLE OIL, INC. | Case No. 11-20857<br>Chapter 11 |
| Debtor. | |

## *WELLS FARGO EQUIPMENT FINANCE, INC.'S OBJECTION TO DEBTOR'S MOTION TO EXTEND AUTOMATIC STAY OR GRANT PRELIMINARY INJUNCTION*

Wells Fargo Equipment Finance, Inc. ("Wells Fargo"), by and through its counsel at Hirst Applegate, LLP, hereby objects to the Debtor's motion (the "Motion") to extend the automatic stay or grant a preliminary injunction. In support of its objection, Wells Fargo states as follows:

1. Wells Fargo is a creditor of the Debtor pursuant to a certain Master Lease dated December 18, 2006 and one or more Lease Schedules including Lease Schedule 17 executed by the Debtor on or about December 22, 2009.

2. The Master Lease and Lease Schedules were originally executed by the Debtor in favor of Trimarc Financial, Inc. ("Trimarc") but were subsequently assigned, along with all supporting collateral, to Wells Fargo.

3. As security and collateral for Debtor's obligations under the Master Lease and all Lease Schedules, non-debtors Bryan Hinze, Dale A. Hinze, Scott A. Hinze and Brad A. Hinze (collectively, the "Officers") executed and delivered their personal guaranties to Trimarc, guaranteeing the payment of all existing and future indebtedness of the Debtor to Trimarc and its assigns.

4. The Officers' personal guaranties were also assigned to Wells Fargo by Trimarc.

5. For the reasons set forth in the objections of CHS Inc. [Docket No. 87], DATS Trucking, Inc. [Docket No. 94] and Equitable Oil Purchasing Company [Docket No. 96], which objections Wells Fargo incorporates herein by reference, the facts and circumstances of this case do not warrant an extension of the automatic stay to the Officers.

WHEREFORE, Wells Fargo respectfully requests that the Court deny the Debtor's Motion.

Dated: September 7, 2011.

HIRST APPLEGATE, LLP

BY:/S/ Jeffrey M. Boldt
JEFFREY M. BOLDT 7-4730
OF HIRST APPLEGATE LLP
Attorneys for
Wells Fargo Equipment Finance, Inc.
1720 Carey Avenue, Suite 200
P. O. Box 1083
Cheyenne, WY 82003-1083
(307) 632-0541

## CERTIFICATE OF SERVICE

I certify the foregoing *Wells Fargo Equipment Finance's Objection to Debtor's Motion to Extend Automatic Stay or Grant Preliminary Injunction* was served upon the U.S. Trustee, Debtor's counsel, and all other parties registered as CM/ECF users in this case via the Court's CM/ECF electronic mail service on September 7, 2011.

/S/ Jeffrey M. Boldt
OF HIRST APPLEGATE, LLP
Attorneys for Wells Fargo Equipment Finance, Inc.