

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF WYOMING**

FILED

2:47 pm, 9/9/11

Tim J. Ellis
Clerk of Court

In re:            )
                  )   Case No. 11-20857
RED EAGLE OIL, INC,   )   Chapter 11
                  )
        Debtor,  )

**ORDER GRANTING MOTION TO ATTEND HEARING BY VIDEO CONFERENCE**

THIS MATTER having come before the Court on Pinnacle Bank's Motion for Permission to Attend Hearing by Video Conference, and the Court finding good cause therefore;

IT IS HEREBY ORDERED that Michael A. LaBazzo may attend the October 4, 2011 evidentiary hearing by video conference.

DATED: September __9__, 2011.

BY THE COURT:

_____
HONORABLE PETER J. McNIFF
BANKRUPTCY COURT JUDGE