Daniel J. Morse (WY Bar # 7-4770)
Assistant United States Trustee, District of Wyoming
RICHARD A. WIELAND
UNITED STATES TRUSTEE
REGION 19
308 West 21st Street, Room 203
Cheyenne, WY 82001
(307) 772-2793

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| In re: ) | |
| ) | |
| Red Eagle Oil, Inc., ) | Case No. 11-20857 |
| ) | Chapter 11 |
| ) | |
| Debtor. ) | |
| _____) | |

## NOTICE OF APPOINTMENT OF
## COMMITTEE OF UNSECURED CREDITORS

The United States Trustee for Region 19, through counsel, pursuant to § 1102(a)(1) and (b)(1) of the Bankruptcy Code, hereby appoints the following eligible creditors of the above-named debtor to the Committee of Unsecured Creditors in the above captioned case:

1. **CHS, Inc.**
   Contact: John A. Coppede, Esq.
   Hickey & Evans, LLP
   1800 Carey Avenue, Suite 700
   P.O. Box 467
   Cheyenne, WY 82003-0467
   Ph. 307-634-1525
   Fx. 307-638-7335
   E-mail: jcoppede@hickeyevans.com

2. **Chris Todd, Wyoming Refining Company**
   Contact: Andrew J. Petrie, Esq.

      Featherstone Petrie DeSisto LLP
      600 17th Street, Suite 2400S
      Denver, Colorado 80202-5424
      Ph. 303 626-7139 (direct); 303 626-7101 (fax)
      E-mail: apetrie@featherstonelaw.com

3. **Tony Martin, Equitable Oil Purchasing Company**
    Contact: Keith Dodson, Esq.
    Williams, Porter, Day & Neville P.C.
    159 North Wolcott, Suite 400
    Casper, WY 82601
    Ph. (307) 265-0700
    (307) 266-2306 (Fax)
    E-mail: Kdodson@WPDN.net

4. **Sapp Bros., Inc.**
    Contact: Alan Bryan, Esq.
    Alan C. Bryan
    490 N 31st Street, Suite 500 TW2
    Billings, Montana 59101 USA
    Ph. 406.255.7258 fax 406.259.4159
    E-mail: abryan@crowleyfleck.com

5. **Sapp Bros. Travel Centers, Inc.**
    Contact: Alan Bryan, Esq.
    Alan C. Bryan
    490 N 31st Street, Suite 500 TW2
    Billings, Montana 59101 USA
    Ph. 406.255.7258 fax 406.259.4159
    E-mail: abryan@crowleyfleck.com

Dated: September 13, 2011.

                                Respectfully submitted,

                                RICHARD A. WIELAND
                                UNITED STATES TRUSTEE
                                REGION 19

                                By: Daniel J. Morse
                                Assistant U.S. Trustee, District of Wyoming
                                308 West 21st Street, Room 203
                                Cheyenne, WY 82001
                                Direct Line: 307-772-2793
                                Fax: 307-772-2795

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing Notice of Appointment of Committee of Unsecured Creditors has been furnished by CM/ECF on September 13, 2011 to the attorney for the debtor, Brad Hunsicker, WINSHIP & WINSHIP, P.C., 100 N Center, 6th Floor Casper, WY 82602 and by e-mail to the members of the unsecured creditors committee at the contact information listed above.

                                By: Daniel J. Morse
                                Assistant U.S. Trustee, District of Wyoming