B6H (Official Form 6H) (12/07)

In re: Red Eagle Oil, Inc _____   Case No. __11-20857__
                    Debtor                                    (If known)

# AMENDED SCHEDULE H - CODEBTORS

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR * |
|---|---|
| Brad A. Hinze<br>813 Shadow Street<br>Cody, WY 82414<br><br>Bryan Hinze<br>902 37th Street<br>Cody, WY 82414 | Amcon Distributing Co.<br>PO Box 2243<br>Rapid City, SD 57709 |
| Dale Hinze<br>80 Casper Drive<br>Cody, WY 82414<br><br>Jduy Hinze<br>80 Casper Drive<br>Cody. WY 82414 | Ameriquest<br>PO Box 828997<br>Philadelphia, PA 19182 |
| Brad A. Hinze<br>813 Shadow Street<br>Cody, WY 82414<br><br>Bryan Hinze<br>902 37th Street<br>Cody, WY 82414<br><br>Dale Hinze<br>80 Casper Drive<br>Cody, WY 82414 | Axis Capital Inc<br>308 North Locust Street<br>Grand Island, NE |
| Brad A. Hinze<br>813 Shadow Street<br>Cody, WY 82414<br><br>Bryan Hinze<br>902 37th Street<br>Cody, WY 82414<br><br>Dale Hinze<br>80 Casper Drive<br>Cody, WY 82414<br><br>Judy Hinze<br>80 Casper Drive<br>Cody, WY 82414 | Big D Oil Co<br>PO Box 1378<br>Rapid City, SD 57709 |
| Dale Hinze<br>80 Casper Drive<br>Cody, WY 82414<br><br>Judy Hinze<br>80 Casper Drive<br>Cody, WY 82414 | Big Horn Tire<br>196 Hwy 16 East<br>Buffalo, WY 82834 |
| Dale Hinze<br>80 Casper Drive<br>Cody, WY 82414 | Caterpillar Access Account Corporation<br>PO Box 84006<br>Columbus, GA 31908-4006 |

B6H (Official Form 6H) (12/07) -Cont.

In re: Red Eagle Oil, Inc _____,    Case No. __11-20857___
                          Debtor                                        (If known)

# AMENDED SCHEDULE H - CODEBTORS

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Judy Hinze<br>80 Casper Drive<br>Cody, WY 82414 | Caterpillar Access Account Corporation<br>PO Box 84006<br>Columbus, GA 31908-4006 |
| Brad A. Hinze<br>813 Shadow Street<br>Cody, WY 82414<br><br>Bryan Hinze<br>902 37th Street<br>Cody, WY 82414<br><br>Judy Hinze<br>80 Casper Drive<br>Cody, WY 82414<br><br>Scott A. Hinze<br>2213 11th Street<br>Cody, WY 82414 | Celtic Leasing Corp.<br>4 Park Plaza, #300<br>Irvine, CA 92614 |
| Brad A. Hinze<br>813 Shadow Street<br>Cody, WY 82414<br><br>Bryan Hinze<br>902 37th Street<br>Cody, WY 82414<br><br>Dale Hinze<br>80 Casper Drive<br>Cody, WY 82414<br><br>Scott A. Hinze<br>2213 11th Street<br>Cody, WY 82414 | CHS Inc Cenex<br>Farmers Union Oil<br>1600 Hwy 49N<br>Beulah, ND 58523 |
| Brad A. Hinze<br>813 Shadow Street<br>Cody, WY 82414 | CN Funding, LLC<br>PO Box 2149<br>Gig Harbor, WA 98335 |
| Dale  Hinze<br>80 Casper Drive<br>Cody, WY 82414<br><br>Judy Hinze<br>80 Casper Drive<br>Cody, WY 82414 | Equitable Oil Purchasing<br>PO Box 2360<br>Casper, WY 82602 |
| Brad A. Hinze<br>813 Shadow Street<br>Cody, WY 82414<br><br>Bryan Hinze<br>902 37th Street<br>Cody, WY 82414 | Exxon Mobil Oil Corporation<br>3225 Gallows Road, Room 3D0206<br>Fairfax, VA 22037-0001 |

B6H (Official Form 6H) (12/07) -Cont.

In re: Red Eagle Oil, Inc

Case No. 11-20857

(If known)

Debtor

# AMENDED SCHEDULE H - CODEBTORS

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Dale Hinze<br>80 Casper Drive<br>Cody, WY 82414<br><br>Scott A. Hinze<br>2213 11th Street<br>Cody, WY 82414 | Exxon Mobil Oil Corporation<br>3225 Gallows Road, Room 3D0206<br>Fairfax, VA 22037-0001 |
| Brad A. Hinze<br>813 Shadow Street<br>Cody, WY 82414<br><br>Bryan Hinze<br>902 37th Street<br>Cody, WY 82414<br><br>Dale Hinze<br>80 Casper Drive<br>Cody, WY 82414 | Financial Pacific Leasing, LLC<br>3455 S 344th Way, #300<br>Federal Way, WA 98001 |
| Bryan Hinze<br>902 37th Street<br>Cody, WY 82414<br><br>Dale Hinze<br>80 Casper Drive<br>Cody, WY 82414<br><br>Judy Hinze<br>80 Casper Drive<br>Cody, WY 82414 | Frontier Oil & Refining<br>Dpet. 566<br>Denver, CO 80271-0566 |
| Brad A. Hinze<br>813 Shadow Street<br>Cody, WY 82414<br><br>Brad A. Hinze<br>813 Shadow Street<br>Cody, WY 82414<br><br>Bryan Hinze<br>902 37th Street<br>Cody, WY 82414<br><br>Dale Hinze<br>80 Casper Drive<br>Cody, WY 82414<br><br>Scott A. Hinze<br>2213 11th Street<br>Cody, WY 82414 | Gordons Oil, Inc.<br>901 10th Street<br>Cody, WY 82414 |
| Dale Hinze<br>80 Casper Drive<br>Cody, WY 82414 | Grizzly Maintenance Service<br>PO Box 368<br>Casper, WY 82602 |

B6H (Official Form 6H) (12/07) -Cont.

In re: Red Eagle Oil, Inc                                          Case No.  11-20857
                          Debtor                                                      (If known)

# AMENDED SCHEDULE H - CODEBTORS

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Judy Hinze<br>80 Casper Drive<br>Cody, WY 82414 | Grizzly Maintenance Service<br>PO Box 368<br>Casper, WY 82602 |
| Dale Hinze<br>80 Casper Drive<br>Cody, WY 82414<br><br>Judy  Hinze<br>80 Casper Drive<br>Cody, WY 82414 | I-State Truck Center<br>NW 7246<br>PO Box 1450<br>Minneapolis, MN 55485-7246 |
| Brad A. Hinze<br>813 Shadow Street<br>Cody, WY 82414<br><br>Bryan Hinze<br>902 37th Street<br>Cody, WY 82414<br><br>Dale  Hinze<br>80 Casper Drive<br>Cody, WY 82414 | Jules & Associates, Inc<br>515 South Figueroa Street<br>#1950<br>#1950 |
| Brad A. Hinze<br>813 Shadow Street<br>Cody, WY 82414<br><br>Bryan Hinze<br>902 37th Street<br>Cody, WY 82414 | Outside Networks<br>2551 Eltham Ave<br>Norfolk, VA 23513 |
| Bryan Hinze<br>902 37th Street<br>Cody, WY 82414<br><br>Dale Hinze<br>80 Casper Drive<br>Cody, WY 82414<br><br>Judy Hinze<br>80 Casper Drive<br>Cody, WY 82414 | Overland Petroleum/DATS Trucking<br>321 N. Old Hwy 91<br>Hurrican, UT 84737 |
| Bryan Hinze<br>902 37th Street<br>Cody, WY 82414 | Pecten Funding<br>JP Morgan Chase<br>PO Box 2558<br>Houston, TX 77252-8059 |
| Dale  Hinze<br>80 Casper Drive<br>Cody, WY 82414 | Peterbilt of Wyoming<br>4113 W. Yellowstone Hwy<br>Casper, WY 82604 |

B6H (Official Form 6H) (12/07) -Cont.

In re: Red Eagle Oil, Inc _____   Case No. 11-20857 _____
                        Debtor                                                    (If known)

# AMENDED SCHEDULE H - CODEBTORS

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Judy Hinze<br>80 Casper Drive<br>Cody, WY 82414 | Peterbilt of Wyoming<br>4113 W. Yellowstone Hwy<br>Casper, WY 82604 |
| Brad A. Hinze<br>813 Shadow Street<br>Cody, WY 82414<br><br>Bryan Hinze<br>902 37th Street<br>Cody, WY 82414<br><br>Dale  Hinze<br>80 Casper Drive<br>Cody, WY 82414<br><br>Judy Hinze<br>80 Casper Drive<br>Cody, WY 82414<br><br>Scott A. Hinze<br>2213 11th Street<br>Cody, WY 82414 | Pinnacle Bank<br>1702 17th Street<br>Cody, WY 82414 |
| Dale  Hinze<br>80 Casper Drive<br>Cody, WY 82414<br><br>Judy Hinze<br>80 Casper Drive<br>Cody, WY 82414 | Polar Service Centers<br>1323 Taylor Place<br>Billings, MT 59101 |
| Dale  Hinze<br>80 Casper Drive<br>Cody, WY 82414<br><br>Judy Hinze<br>80 Casper Drive<br>Cody, WY 82414 | Rimrock Tire<br>2603 Bighorn Ave<br>PO Box 128<br>Cody, WY 82414 |
| Dale  Hinze<br>80 Casper Drive<br>Cody, WY 82414<br><br>Judy Hinze<br>80 Casper Drive<br>Cody, WY 82414 | S&P Brake Supply<br>PO Box 30296<br>Billings, MT 59107 |
| Dale  Hinze<br>80 Casper Drive<br>Cody, WY 82414<br><br>Judy Hinze<br>80 Casper Drive<br>Cody, WY 82414 | Sapp Brothers<br>12500 I 80 Service Road<br>Cheyenne, WY 82009 |

B6H (Official Form 6H) (12/07) -Cont.

In re: Red Eagle Oil, Inc _____,   Case No.  11-20857 _____
            Debtor                                                              (if known)

# AMENDED SCHEDULE H - CODEBTORS

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Dale  Hinze<br>80 Casper Drive<br>Cody, WY 82414<br><br>Judy Hinze<br>80 Casper Drive<br>Cody, WY 82414 | Slafter Oil<br>PO Box 950<br>Scottsbluff, NE 69363-0950 |
| Brad A. Hinze<br>813 Shadow Street<br>Cody, WY 82414<br><br>Bryan Hinze<br>902 37th Street<br>Cody, WY 82414<br><br>Dale  Hinze<br>80 Casper Drive<br>Cody, WY 82414 | TCF Equipment Finance<br>2118 East Big Beaver Road, #B<br>Troy, MI 48083 |
| Dale Hinze<br>80 Casper Drive<br>Cody, WY 82414<br><br>Judy Hinze<br>80 Casper Drive<br>Cody, WY 82414 | Tire-Rama<br>800 West Yellowstone<br>Casper, WY 82601 |
| Brad A. Hinze<br>813 Shadow Street<br>Cody, WY 82414<br><br>Bryan Hinze<br>902 37th Street<br>Cody, WY 82414<br><br>Dale Hinze<br>80 Casper Drive<br>Cody, WY 82414<br><br>Judy Hinze<br>80 Casper Drive<br>Cody, WY 82414<br><br>Scott A. Hinze<br>2213 11th Street<br>Cody, WY 82414 | Trimarc (Wells Fargo Equipment Finance)<br>935 Riverside Ave, #19<br>Paso Robles, CA 93446 |
| Brad A. Hinze<br>813 Shadow Street<br>Cody, WY 82414<br><br>Dale Hinze<br>80 Casper Drive<br>Cody, WY 82414 | U.S. Bancorp (Manifest Funding Services)<br>1450 Channel Parkway<br>Marshall, MN 56258 |

B6H (Official Form 6H) (12/07) - Cont.

In re: Red Eagle Oil, Inc _____     Case No. _11-20857_____
                          Debtor                                      (If known)

# AMENDED SCHEDULE H - CODEBTORS

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Judy Hinze<br>80 Casper Drive<br>Cody, WY 82414 | U.S. Bancorp (Manifest Funding Services)<br>1450 Channel Parkway<br>Marshall, MN 56258 |
| Dale Hinze<br>80 Casper Drive<br>Cody, WY 82414<br><br>Judy Hinze<br>80 Casper Drive<br>Cody, WY 82414 | Wells Fargo Bank<br>1401 Sheridan Ave<br>Cody, WY 82414 |
| Dale Hinze<br>80 Casper Drive<br>Cody, WY 82414<br><br>Judy Hinze<br>80 Casper Drive<br>Cody, WY 82414 | Wyoming Machinery Company<br>PO Box 2335<br>Casper, WY 82602 |
| Brad A. Hinze<br>813 Shadow Street<br>Cody, WY 82414<br><br>Bryan Hinze<br>902 37th Street<br>Cody, WY 82414<br><br>Dale Hinze<br>80 Casper Drive<br>Cody, WY 82414<br><br>Scott A. Hinze<br>2213 11th Street<br>Cody, WY 82414 | Yahoozes, Inc.<br>2307 Larkspur Court<br>Cody, WY 82414 |

* The shareholders have performed a thorough review of their business records and
believe that they have accounted for all personal guarantees.  That being said, it
is possible that certain personal guarantees were inadverterntly omitted given the
numerous creditors that the debtor and the shareholders have entered into business
transactions with since the inception of the debtor. For purposes of this schedule,
the debtor is treating "codebtors" to include personal guarantors.

B6 Summary (Official Form 6 - Summary) (12/07)

## United States Bankruptcy Court

## District of Wyoming

In re   **Red Eagle Oil, Inc**                                    ,          Case No.   **11-20857**
                                    Debtor

                                                                    Chapter    **11**

# AMENDED - SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $          0.00 | | |
| B - Personal Property | YES | 4 | $     2.971.155.96 | | |
| C - Property Claimed as Exempt | NO | | | | |
| D - Creditors Holding Secured Claims | YES | 4 | | $     5.479.951.70 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 2 | | $        22,006.36 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 53 | | $     7.115.060.10 | |
| G - Executory Contracts and Unexpired Leases | YES | 2 | | | |
| H - Codebtors | YES | 7 | | | |
| I - Current Income of Individual Debtor(s) | NO | 0 | | | $ |
| J - Current Expenditures of Individual Debtor(s) | NO | 0 | | | $ |
| TOTAL | | 73 | $     2,971,155.96 | $    12,617,018.16 | |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## District of Wyoming

In re  **Red Eagle Oil, Inc** _____ ,  Case No.  **11-20857** _____
                                    Debtor                          Chapter  **11**

## AMENDED - STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐  Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $    0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $    0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $    0.00 |
| Student Loan Obligations (from Schedule F) | $    0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E. | $    0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $    0.00 |
| TOTAL | $    0.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $    0.00 |
| Average Expenses (from Schedule J, Line 18) | $    0.00 |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $    0.00 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $    0.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $    0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $    0.00 |
| 4. Total from Schedule F | | $    7,115,060.10 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $    7,115,060.10 |

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re  **Red Eagle Oil, Inc** _____        Case No.  <u>11-20857</u> _____
                                   Debtor                                    (If known)

# AMENDED - DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I **Dale Hinze**, the **President** of the **Corporation** named as debtor in this case, declare under penalty of
perjury that I have read the foregoing summary and schedules, consisting of      **74** _____ sheets *(Total shown on summary page plus 1),*
and that they are true and correct to the best of my knowledge, information, and belief.

Date   **9/21/2011** _____        Signature:   <u>**s/ Dale Hinze**</u> _____

                                                         <u>**Dale Hinze President**</u> _____
                                                         [Print or type name of individual signing on behalf of debtor.]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.*