UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF WYOMING

*Minutes of Proceeding*

FILED
3:40 pm, 10/4/11
Tim J. Ellis
Clerk of Court

| | | |
|---|---|---|
| Date: **October 4, 2011** | Videoconference | Honorable Peter J. McNiff, Presiding |
| Time: 11:00 a.m.   To:2:00 a.m. | Location: ~~Teleconference~~ | |

In re: **Red Eagle Oil, Inc.**

Debtor(s).

Case No. 11-20857
Chapter **11**

Appearances

| | | | |
|---|---|---|---|
| Trustee | | Counsel | |
| Debtor(s) | | Counsel | **Brad Hunsicker** |
| Creditor | **CHS, Inc.** | Counsel | **John Coppede** |
| Creditor | **DATS Trucking** | Counsel | **Tim Stubson** |
| Creditor | **Equitable Oil Purchasing Company** | Counsel | **Craig Silva for Keith Dodson** |
| Creditor | **Wyoming Refining Company** | Counsel | **Galen Woelk/Andrew Petrie** |
| Creditor | **ExxonMobile Oil Corp.** | Counsel | **Isaac Sutphin/Francis Lawall** |
| Creditor | **Well Fargo Equipment Finance** | Counsel | **Jeffrey Boldt** |
| Creditor | **Pinnacle Bank** | Counsel | **Mike LaBazzo** |

Proceedings: **Evidentiary hearing on the Debtor's Motion to Extend Automatic Stay or Grant Preliminary Injunction and the objections filed by CHS, DATS Trucking, Equitable Oil Purchasing Company, Wyoming Refining, Wells Fargo Equipment and the limited objection filed by ExxonMobil.**

[ ] Witnesses sworn:

[X]

Orders:

[x] Relief sought:   [ ] Granted   [ ] Denied   [ ] Case Dismissed   [x] Continued:

[ ] Matter taken under advisement

[x] Formal order or judgment to enter   [x] To be prepared   Hunsicker and Stubson with the approval of the parties.

[ ] These minutes constitute the court's official order in this matter

[X]
The parties have agreed to continue this matter until Thursday, Oct. 13, 2011 at 8:30 a.m. upon the conditions set forth on the record.

Date: **October 4, 2011**   FOR THE COURT:

By _____