John C. Smiley (#5-2381)
jsmiley@lindquist.com
Ethan J. Birnberg (#7-4761)
ebirnberg@lindquist.com
LINDQUIST & VENNUM P.L.L.P.
600 17th Street, Suite 1800-S
Denver, Colorado 80202
Phone: (303) 573-5900
Facsimile: (303) 573-1956
Counsel for the Official Unsecured Creditors' Committee

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| In re: ) | |
| ) | |
| RED EAGLE OIL, INC. ) | Case No. 11-20857 |
| ) | Chapter 11 |
| EIN: 83-0293859 ) | |
| ) | |
| Debtor. ) | |

**OBJECTION TO APPLICATION TO EMPLOY MATRIX PRIVATE EQUITIES, INC. AS FINANCIAL CONSULTANTS AND FINANCIAL RESTRUCTURING ADVISORS FOR DEBTOR PURSUANT TO §§ 327 AND 328 OF THE BANKRUPTCY CODE**

The Official Unsecured Creditors' Committee ("Committee"), by and through its counsel, hereby objects to the application to employ Matrix Private Equities, Inc. ("Matrix") filed by debtor Red Eagle Oil, Inc. ("Debtor").

1. The Debtor's motion fails to properly inform the Committee whether Matrix is the proper entity to assist in reorganization. The Debtor's reorganization allegedly has two steps: (1) the sale of several convenient stores ("C-Stores") with proceeds allocated to creditors,[1] and (2) continued transportation operations in North Dakota will provide additional assets required to

---

[1] Bryan Hinze testified at the October 13, 2011 hearing that the C-Stores' estimated worth was $14-$18 million.

satisfy remaining creditors. It is imperative to scrutinize employment of an entity seeking to undertake a significant, material change in the Debtor's estate.

2. The Debtor's motion and supporting affidavit fail to address the following:

- Why Matrix has the ability to sell the C-Stores in an efficient manner;

- Whether Matrix has visited the Debtor's operations in Wyoming and analyzed the success of its proposed sale;

- If the proposed sale has been analyzed by Matrix, its timeline and anticipated result;

- Matrix's experience in sale of convenience stores, retail stores, and its experience with sales in the Debtor's region;

- The process the Debtor used to determine that a Virginia-based entity, whose Managing Director & Principal appears to be located in Baltimore, Maryland, would be more efficient than an entity located in the Debtor's region;

- The negotiation process concerning terms of engagement and why the proposed terms are fair.

3. The Committee is not certain that Matrix is disinterested under 11 U.S.C. § 327. The Tenth Circuit recognizes that bankruptcy courts have broad discretion and power to ensure that professionals are disinterested, do not represent interests adverse to the estate, and that potential conflicts are a sufficient basis to deny employment. *See, e.g., In re 7677 East Berry Avenue Ass., L.P.*, 419 B.R. 833, 846-47 (Bankr. D. Colo. 2009) (citing *Winship v. Cook (In re Cook)*, 223 B.R. 782, 791 (10th Cir. BAP 1998)). IPC (USA) is the only named party having a connection to Matrix. *See* Docket No. 206-1, ¶ 7. The ambiguous disclosures in Paragraph 7(a)-(d) require other parties connected to Matrix to be identified. *Id.* at (a) – (d). Matrix cannot possess "(1) any economic interest that would tend to lessen the value of the bankruptcy estate or would create an actual or potential dispute in which the estate is a rival claimant or (2) a predisposition under the circumstances that render such a bias against the estate." *In re Cook,*

2

223 B.R. at 789 (citing *In re Roberts,* 46 B.R. 815 (Bankr. D. Utah 1985)). Debtor's motion and supporting affidavit do not satisfy this burden.

    4.    If Matrix is qualified, the terms of engagement are ambiguous and cannot be approved. The Debtor does not sufficiently explain:

- the source of funds to compensate Matrix: Debtor names five entities who will contribute 63.8% of the fees allocated as "Retainer", "Financial Advisory Fee", and reimbursement of expenses. There is no explanation why this allocation is necessary, reasonable, or beneficial to the estate. The Committee is unable to ascertain whether these entities possess funds that belong to estate;[2]

- Why a $50,000.00 non-refundable retainer, $7,500 monthly payment, and 5% commission of the "Transaction Value" is reasonable for these services in the Debtor's region;

- Why no other party except for the Companies can rely upon Matrix's services, advice, or information. If Matrix provides services, advice, or information that affects the estate, the Committee will and should rely on Matrix's information and conduct;

- Why the estate should indemnify and risk liability for Matrix's actions, especially in light of its independent contractor status;

- Why Matrix and the Debtor have authority to expand Matrix's services without notice or consent from the Committee of other creditors, and without Court approval;

- Why Matrix will not make a detailed account of services actually provided. *See* Docket No. 206-1, ¶¶ 15-16. In assessing reasonableness of professional fees, the Tenth Circuit follows the lodestar approach set forth in *Johnson v. Georgia Highway Express, Inc.*, 488 F.2d 714 (5th Cir. 1974) (bankruptcy court is required to conduct independent evaluation of reasonableness and may use an hourly rate analysis). If Matrix is qualified to provide these services, it is also qualified to provide a detailed account of work performed.

    5.    The Debtor has not shown that employing Matrix is in the best interests of the estate. The proposed terms allow Matrix to receive $50,000.00 **plus $7,500.00 per month** for not completing a sale. This is not only detrimental to the estate but the proposed allocation of

---

[2] The Debtor acknowledged that several entities, who share the same officers and shareholders as the Debtor, owe the Debtor significant receivables that exceed the anticipated payments to Matrix.

3

compensation from six entities is confusing, unexplained, and improper without further factual basis. Last, if employed, Matrix should demonstrate its reasonable fees and expenses through interim or progress reports.

6.   For these reasons, the Committee respectfully requests that the Court deny Debtor's application.

Dated this 20th day of October, 2011.

LINDQUIST & VENNUM P.L.L.P.

By /s/ John C. Smiley
   John C. Smiley, #5-2381
   Ethan J. Birnberg, #7-4761
600 17th Street, Suite 1800 South
Denver, CO, 80202-5441
Telephone: (303) 573-5900
Facsimile: (303) 573-1956
E-mail: jsmiley@lindquist.com
E-mail: ebirnberg@lindquist.com

Counsel for the Official Unsecured Creditors' Committee

## CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of October, 2011, a true and correct copy of the foregoing **OBJECTION TO APPLICATION TO EMPLOY MATRIX PRIVATE EQUITIES, INC. AS FINANCIAL CONSULTANTS AND FINANCIAL RESTRUCTURING ADVISORS FOR DEBTOR PURSUANT TO §§ 327 AND 328 OF THE BANKRUPTCY CODE** was served electronically upon the U.S. Trustee, Debtor's counsel, and all other parties registered as CM/ECF users in this case via the Court's CM/ECF electronic mail service. The undersigned further certifies that true and correct copies of the foregoing were placed in United States mail, first class postage prepaid, addressed to the parties on the attached list.

/s/ *Malinda Moss*
Malinda Moss

| | | |
|---|---|---|
| Label Matrix for local noticing<br>1089-2<br>Case 11-20857<br>District of Wyoming<br>Cheyenne<br>Thu Oct 20 13:05:33 MDT 2011 | A-1 Septic<br>250 Burma Road<br>Riverton, WY 82501-9709 | AFLAC<br>World Wide Headquarters<br>1932 Wynnton Road<br>Columbus, GA 31993-0797 |
| ALAN C. BRYAN<br>Crowley Fleck PLLP<br>500 TransWestern Plaza II<br>490 North 31st Street<br>P. O. Box 2529<br>Billings, MT 59103-2529 | Steven E. Abelman<br>Brownstein Hyatt Farber Schreck LLP<br>410 17th Street, Suite 2200<br>Denver, CO 80202-4432 | Megan Adeyemo<br>GORDON & REES LLP<br>555 Seventeenth Street, Suite 3400<br>Denver, CO 80202-3937 |
| Aire Master of Eastern Wyoming<br>443 S Kimball<br>Casper, WY 82601-2821 | Alena D. Brendle<br>PO Box 752<br>1154 Cortez<br>Ralston, WY 82440-0752 | Amanda D. Griffin<br>639 East Adams, #15<br>Powell, WY 82435-3008 |
| Amber K. Stewart<br>68 Poppy Street<br>Casper, WY 82604-3814 | American Linen/ALSCO<br>PO Box 30496<br>Billings, MT 59107-0496 | American Welding & Gas, Inc.<br>PO Box 30118<br>Billings, MT 59107-0118 |
| Amerigas<br>5140 W Yellowstone Hwy<br>Casper, WY 82604-2231 | Ameriquest<br>PO Box 828997<br>Philadelphia, PA 19182-8997 | Amersource Funding<br>7225 Langtry Street<br>Houston, TX 77040-6665 |
| Andrew J. Petrie<br>Christopher T. Patrick<br>Featherstone Petrie DeSisto LLP<br>600 Seventeenth St., Suite 2400-S<br>Denver, CO 80202-5424 | Ann Dicken<br>2437 Knadler Street<br>Laramie, WY 82072-1955 | April M. Root<br>150 Red Hills<br>Buffalo, WY 82834-9601 |
| C.M. Aron<br>Aron & Hennig, LLP<br>221 East Ivinson Street<br>Laramie, WY 82070-3006 | Art's Truck Repair<br>PO Box 1047<br>Cheyenne, WY 82003-1047 | Arthur G. Everett<br>PO Box 234<br>Fort Buford Campground<br>Trenton, ND 58853-0234 |
| Ashley A. Foster<br>635 1/2 Park Street<br>Sheridan, WY 82801-4430 | Association Benefit Program/PMA<br>Gerald L. Lukton Company, Inc.<br>2696 S Colorado Blvd, #450<br>Denver, CO 80222-5944 | Axis Capital, Inc.<br>308 North Locust Street<br>Grand Island, NE 68801-5969 |
| B&T Fire Extinguishers, Inc<br>PO box 993<br>Lander, WY 82520-0993 | BNSF Railway Company<br>Attn: Rachel Belue<br>3001 Lou Menk Dr.<br>Fort Worth, TX 76131-2800 | BNSF Railway Company<br>Attn: Rachel Belue<br>2400 Western Center Blvd.<br>Ft. Worth, TX 76131-1322 |
| Barbara I. Gitchel<br>1020 Sherry Drve<br>Riverton, WY 82501-2419 | Benjamin H.Quarrels<br>1905 16th Street<br>Cody, WY 82414-4721 | Big D Oil Co<br>PO Box 1378<br>Rapid City, SD 57709-1378 |

Big Horn Tire
196 Hwy 16 East
Buffalo, WY 82834-9347

Billie J. Langston
48 N Heart Mountain Street
Byron, WY 82412

Ethan J. Birnberg
Lindquist & Vennum P.L.L.P.
600 17th Street Suite 1800 South
Denver, CO 80202-5402

Black Hills Stage Lines, Inc
720 E Norfolk Ave
Norfolk, NE 68701-5558

Bloedorn Lumber-Riverton
1202 North Federal
PO Box 313
Riverton, WY 82501-0074

Bobbie Hinze
902 37th Street
Cody, WY 82414-8426

Jeffrey M Boldt
Hirst Applegate, LLP
PO Box 1083
Cheyenne, WY 82003-1083

Boone's Machine Shop
341 24th Street
Cody, WY 82414-4008

Boyds Coffee
19730 NE Sandy Blvd
Portland, OR 97230-7310

Brad A. Hinze
813 Shadow Street
Cody, WY 82414-5455

Brandon S. Haviland
906 Hillside Ave
Riverton, WY 82501-3903

Brian C. Godfrey
1226 Mt View Drive
Cody, WY 82414

Brian D. Mathews
2368 Meadowlark Court
Cody, WY 82414-9784

Alan C. Bryan
Crowley Fleck PLLP
PO Box 2529
Billings, MT 59103-2529

Bryan Hinze
902 37th Street
Cody, WY 82414-8426

C&J Sayles Inc
PO Box 9430
Rapid City, SD 57709-9430

C.Starks
PO Box 947
Riverton, WY 82501-0118

CDW Direct, Inc
PO Box 75723
Chicago, IL 60675-5723

CHS Inc Cenex
Farmers Union Oil
1600 Hwy 49N
Beulah, ND 58523-6046

CHS Inc.
Hickey & Evans, LLP
1800 Carey Avenue, Suite 700
P.O. Box 467
Cheyenne, WY 82003-0467

CHS Inc.
c/o John A. Coppede, Esq.
HICKEY & EVANS, LLP
1800 Carey Ave, Ste 700
PO Box 467
Cheyenne WY 82003-0467

CN Funding, LLC
PO Box 2149
Gig Harbor, WA 98335-4149

Capital Premium Financing
PO Box 30293
SLC, UT 84130-0293

Carbonics & Supply, Inc.
PO Box 341
Torrington, WY 82240-0341

Carolyn S. Cox
130 W Shoshone
PO Box 201
Byron, WY 82412-0201

Carquest Auto Parts
PO Box 503589
St. Louis, MO 63150-3589

Cassidy J. Quarterman
782 Marion Court, #3
Sheridan, WY 82801-3555

Cat AccessAccount Corp.
2120 W. End Ave.
Nashville, TN 37203-5251

Caterpillar Access Account Corporation
PO Box 84006
Columbia, GA 31908-4006

Celtic Leasing
4 Park Plaza, #300
Irvine, CA 92614-8511

| | | |
|---|---|---|
| Charles D. Mc Henry<br>340 East Loucks<br>Sheridan, WY 82801-4314 | City of Buffalo<br>46 North Main<br>Buffalo, WY 82834-1815 | City of Cody<br>1338 Rumsey Ave<br>Cody, WY 82414-3784 |
| City of Douglas<br>PO Box 1030<br>Douglas, WY 82633-1030 | City of Powell<br>PO BOx 1008<br>Powell, WY 82435-1008 | Coca-Cola Bottling<br>1000 West T<br>Los Angeles, CA 90074-3158 |
| Brent R. Cohen<br>Rothgerber Johnson & Lyons LLP<br>1200 17th Street, Suite 3000<br>Denver, CO 80202-5839 | Cold Front Distribution<br>5151 Banncock Street<br>Denver, CO 80216-1850 | Cole E. Rosalez<br>572 High Street<br>Buffalo, WY 82834-2106 |
| Colleen E. Riley<br>PO Box 58<br>929 East Monroe<br>Powell, WY 82435-3140 | Colorado Tape Distributors<br>1623 N Woodhaven Drive<br>Franktown, Co 80116-9516 | Computer Solutions<br>3167 Energy Lane<br>Casper, WY 82604-2920 |
| Comtromix<br>800 West Collins Drive<br>Casper, WY 82601-2329 | Concept's<br>380-A International Drive<br>Bollingbrook, IL 60440-3638 | Cool it Refrigeration, LLC<br>1620 Burlington Ave, #3<br>Casper, WY 82601-2172 |
| Cooper Welding<br>PO Box 95<br>Riverton, WY 82501-0036 | John A. Coppede<br>Hickey & Evans, LLP<br>1800 Carey Ave., Suite 700<br>PO Box 467<br>Cheyenne, WY 82003-0467 | Dale W. Cottam<br>Hirst & Applegate, P.C.<br>PO Box 1083<br>Cheyenne, WY 82003-1083 |
| (c)COWBOY COLLECTIBLES INC<br>PO BOX 190128<br>HUNGRY HORSE MT 59919-0128 | Craig Distributing<br>PO box 2736<br>Gillette, WY 82717-2736 | Crystal Ice<br>PO Box 875<br>Wheatland, WY 82201-0875 |
| Curtis Godfrey<br>PO Box 454<br>Cody,W 82414-0454 | Custom Delivery Service<br>1905 17th Street<br>Cody, WY 82414-4703 | DAH-SAH<br>PO Box 2468<br>Cody, WY 82414-2468 |
| DATS TRUCKING<br>321 N. Old Hwy 91<br>Hurrican, UT 84737-3194 | DATS Trucking, Inc.<br>P.O. Box 910550<br>St. George, UT 84791-0550 | Dale A. Hinze<br>80 Casper Drive<br>Cody, WY 82414-5108 |
| Dale and Judy Hinze<br>80 Casper Drive<br>Cody, WY 82414-5108 | Debra E.P. Franklin<br>PO Box 142<br>Cody, WY 82414-0142 | Decker Auto Glass/Wesglass Inc<br>PO Box 2368<br>Casper, WY 82602-2368 |

Dee Anne Brockie
PO Box 211
359 Ethete
Saint Stephens, WY 82524-0211

Delee E. Fitzgerald
123 West E Street, #1286
Casper, WY 82601-1818

Destiney R. Martinez
188 Columbine #4
Casper, WY 82604-3923

Dewayne R. Wollschlager
72 Airport Road
Buffalo, WY 82834-9354

Diana L. Barcheers
831 E. Monroe, #10
Riverton, WY 82501-4951

Keith J. Dodson
Williams, Porter, Day & Neville, P.C.
PO Box 10700
Casper, WY 82602-3902

Doris A. Marksbury
1237 Rumsey Ave
Cody, WY 82414-3664

Dultmeier Sales LLC
PO Box 45565
Omaha, NE 68145-0565

Dwayne P. Mirabal
910 East Jackson
Riverton, WY 82501-3719

E&E Heating & AC
5 South Drive
Sheridan, WY 82801-9463

E.A. Sween
16101 West 78th Street
Eden Prairie, MN 55344-5798

Eagle Uniform Supply
494 Main Street
Lander, WY 82520-3106

Eagle of Cody Printing
PO Box 522
Cody, WY 82414-0522

Energy West
PO Box 970
Cody, WY 82414-0970

Equifax Information SVCS
PO Box 105835
Atlanta, GA 30348-5835

Equitable Oil Purchasing
PO Box 2360
Casper, WY 82602-2360

Equitable Oil Purchasing Company
455 N. Poplar St.
P.O. Box 2360
Casper, WY 82602-2360

Erik l. Nielson
PO box 415
659 Southfork Road
Cody, WY 82414-8876

Ernest W. Miller
2805 Lincoln Ave
Cody, WY 82414-9813

Exxon
PO Box 101537
Atlanta, GA 30392-1537

Exxon Mobil Oil Corporation
3225 Gallows Road, Room 3D0206
Fairfax, VA 22037-0001

ExxonMobil Business Support Centre Canada UL
Attn: Jennifer Fraser
120 McDonald Street
Saint John, NB, Canada
E2J 1M5

ExxonMobil Oil Corporation
120 McDonald Street
Saint John, NB E2J 1M5 Canada

Financial Pacific Leasing, LLC
3455 S 344th Way, #300
Federal Way, WA 98001-9546

Frontier Oil & Refining
Dpet. 566
Denver, CO 80271-0566

Gordon J. Smith
2208 Sheridan Ave., 6
Cody, WY 82414-3941

Gordons Oil, Inc.
901 10th Street
Cody, WY 82414-3501

Granite Leasing Co.
270 US Hwy 2 East
Columbia Falls, MT 59912-3912

Grizzly Maintenance Service
PO Box 368
Casper, WY 82602-0368

Heather A. Harada
1575 East Monroe, #43
Riverton, WY 82501-4853

Bradley T Hunsicker
WINSHIP & WINSHIP, P.C.
100 N Center, 6th Floor
Casper, WY 82601-1928

David M. Hyams
Rothgerber Johnson & Lyons LLP
1200 Seventeenth Street, Suite 3000
Denver, CO 80202-5839

I-State Truck Center
NW 7246
PO Box 1450
Minneapolis, MN 55485-7246

Ice House
671 Lincoln
Lander, WY 82520-2731

Indian Ice
PO Box 907
Casper, WY 82602-0907

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Interstate Batteries
1919 Lampman Drive, #A
Billings, MT 59102-7467

Interstate Brands/Sweethe
Dept. 1883
Denver, CO 80291-1883

Interstate Power Systems, Inc
NW 7244
OB 1450
Minneapolis, MN 55485-7244

Isaac N. Sutphin
Holland & Hart LLP
2515 Warren Avenue, Suite 450
P.O. Box 1347
Cheyenne, WY 82003-1347

J.H. Kaspar Oil Company
PO Box 448
Rawlins, WY 82301-0448

James L. Causey
PO Box 233
Cody, Wy 82414-0233

James P. Zezas
PO Box 516
400 Middle Fork Road
Buffalo, WY 82834-0516

Janice M. Wade
340 E Loucks
Sheridan, WY 82801-4314

Jason L. Canfield
854 E Burhitt Street
Sheridan, WY 82801-4406

Jason M. Quillinan
147 N Monkey Road
Glenrock, WY 82637-9655

Jean A. Hinze
2213 11th Street
Cody, WY 82414-5101

Jean R. Javert
555 W. Chugwater
PO Box 130
Guernsey, WY 82214-0130

Jefferson Partners LP
2100 East 26th Street
Minneapolis, MN 55404-4101

Jesica Bladecki
212 Indian Paintbrush Street, #3
Casper, WY 82604-3847

Jesse E. English, Jr.
1117 E. Freemont
Riverton, WY 82501-3714

Jessica Blakeley
PO Box 764
Guernsey, WY 82214-0764

Joanna L. Mannarino
PO Box 2648
Mills, WY 82644-2648

John C. Schumacher
White & White, P.C.
420 E. Washington St.
Riverton, WY 82501-4487

John C. Way
901 10th Street
Cody, WY 82414-3501

Jon W. Nugent
PO Box 1951
Cody, WY 82414-1951

Marybeth K. Jones
Brownstein Hyatt Farber Schreck LLP
410 17th Street, Suite 2200
Denver, CO 80202-4432

Jordan T. Butler
PO Box 454
Cody, WY 82414-0454

Joshua A. Moore
#700 West Gatchull
Buffalo, WY 82834-2595

Joshua L. Gass
601 E. Parmelee, #11
Buffalo, WY 82834-2253

Jospeh W. Hunnicutt
1421 Beck Ave
Cody, WY 82414-3730

Jules & Associates
PO Box 77077
Minneapolis, MN 55480-7777

Juli D. Hinze
813 Shadow Street
Cody,WY 82414-5455

Karen Jacobskl
1744 Alger Ave
Cody, WY 82414-3916

Katie L. Burden
608 Greet Street
Riverton WY 82501-8907

Kelsey R. Weinkauf
200 Leiter Ave
Lingle, WY 82223

Kenneth E. Welker
1110 Surrey Street
Casper, WY 82609-3226

Kimberly A. Reyes
1231 1/2 Wyoming Ave
Cody, WY 82414-3006

Deborah Kovsky-Apap
Pepper Hamilton, LLP
100 Renaissance Center Ste 3600
Detroit, MI 48243-1157

Michael A. LaBazzo
P.O. Box 2016
Cody, WY 82414-2016

Judith A. Hinze
80 Casper Drive
Cody, WY 82414-5108

Jules & Associates - Ext'd
515 S Figueroa Street, #1950
Los Angeles, CA 90071-3312

Julie Aden
PO Box 1052
Cody, WY 82414-1052

Karole L. Anshutz
2113 23rd Street
Cody, WY 82414-4922

Heather K. Kelly
Gordon & Rees LLP
555 17th St., Ste. 3400
Denver, CO 80202-3937

Kendra J. Chadwick
PO Box 24
Fort Laramie, WY 82212-0024

Kersten Trailer
1790 License Street
Casper, WY 82601-9623

Kneco Security & Technology
3416 First Ave North
Billings, MT 59101-2107

Kyle C. Wollschlager
72 Airport Road
Buffalo, WY 82834-9354

Laurie L. DeGroen
152 W. Whalen
Guernsey, WY 82214

Judith L. Proo
92 Blackfoot Ave
Riverton, WY 82501-8736

Jules & Associates, Inc
515 South Figueroa Street
#1950
Los Angeles, CA 90071-3312

Justin M. Riel
2904 East Ave
Cody, WY 82414-9241

Katherine E. Carey
PO Box 260
Buffalo, WY 82834-0260

Kelsey L. Colyar
10 Scenic View Drive
Cody, WY 82414-8857

Kenneth E Briggs
450 Road 1 A-B
Powell, WY 82435-8120

Kevin J. Monnin
2338 Carter Ave
Cody, WY 82414-4023

Korn King Gourmet Popcorn
1501 2nd Ave
Scottsbluff, NE 69361-3113

LSE, Inc.
3750 Briarwood Circle
Idaho Falls, ID 83404-7967

Francis J. Lawall
Pepper Hamilton LLP
3000 Two Logan Square
18th and Arch Streets
Philadelphia, PA 19103

| | | |
|---|---|---|
| Lindsey R. Fish<br>551 Andrea Lane #3<br>Casper, WY 82609-2761 | Lipco<br>PO Box 168<br>Kirbyville, MO 65679-0168 | Lisa L. Dahmen<br>1219 1/2 Park Street<br>Riverton, WY 82501-3876 |
| Lorie A. Kunz<br>197 Diamond Basin Road<br>Cody, WY 82414-8867 | M&J Distributing Inc<br>PO Box 785<br>Watertown, SD 57201-0785 | Marilyn Applegate<br>2607 Ina Ave<br>Cody, WY 82414-9739 |
| Mark D. Hagen<br>PO Box 335<br>Burley, ID 83318-0335 | Marvin L. Christensen<br>2975 Hervington Drive<br>Casper, WY 82604-3623 | McJunkin Red Man Corp<br>PO Box 676316<br>Dallas, TX 75267-6316 |
| Megan C. Shamji<br>2019 Quail Court<br>Sheridan, WY 82801-4513 | Metz Beverage Co. Inc<br>PO Box 828<br>Sheridan, WY 82801-0828 | Michael C. Kincy<br>308 Roberts Street<br>Cody, WY 82414 |
| Michael D. Lucero<br>O' WYO N. Fed<br>Riverton, WY 82501 | Michael H. Walock<br>2400 W. 39th Ave<br>Casper, WY 82604-5051 | Michelle R. Hawkins<br>1995 Boysen<br>Casper, WY 82604-3749 |
| Mickey R. Lucero<br>188 Columbine Box 4<br>Casper, WY 82604-3923 | Mikelle L. Wall<br>1416 Burlington<br>Casper, WY 82601-2107 | Misty M. Breeding<br>2299 Cottonwood Dr<br>Riverton, WY 82501-9452 |
| Montana-Dakota Utilities<br>PO Box 5600<br>Bismark, ND 58506-5600 | Daniel J. Morse<br>Assistant U.S. Trustee<br>308 West 21st Street, Room 203<br>Cheyenne, WY 82001-3669 | NW Fuel Systems Billing<br>PO Box 94<br>Kalispell, MT 59903-0094 |
| Natalie R. Ridge<br>2167 N Main Street, #15<br>Sheridan, WY 82801-9213 | Nathan Henderson<br>1021 S Washington<br>Casper, WY 82601-3934 | Norco Inc<br>PO Box 15299<br>Boise, ID 83715-5299 |
| Outside Networks<br>2551 Eltham Ave<br>Norfolk, VA 23513-2505 | Overland Petroleum/DATS Trucking<br>321 N. Old Hwy 91<br>Hurrican, UT 84737-3194 | Park County Glass<br>PO Box 1238<br>Cody, WY 82414-1238 |
| Patricia J. Vega<br>147 S. Dakota Street<br>PO Box 123<br>Guernsey, WY 82214-0123 | Paul Gallagher<br>354 Lane 7<br>Powell, WY 82435-9015 | Paul M. Ferro<br>438 Sunlight Drive<br>Powell, WY 82435-1620 |

Pecten Funding
JP Morgan Chase
PO Box 2558
Houston, TX 77252-2558

Perry J. Sizemore
3002 E. Sheridan Ave
Cody, WY 82414-9774

Peterbilt of Wyoming
4113 W. Yellowstone Hwy
Casper, WY 82604-2605

Andrew J. Petrie
Featherstone Petrie DeSisto LLP
600 Seventeenth St.
Suite 2400-S
Denver, CO 80202-5424

Philoip M. Dodd
1001 E. Main Street
Riverton, WY 82501-3729

Pinnacle Bank
1702 Sheridan Ave.
Cody, WY 82414-3848

Pinnacle Bank - Wyoming
c/o Michael A. LaBazzo
P.O. Box 2016
Cody, Wyoming 82414-2016

Platte Valley Electric
PO Box 520
Torrington, WY 82240-0520

Polar Service Centers
1323 Taylor Place
Billings, MT 59101-7356

Precision Outdoor Power
614 West Main Street
Riverton, WY 82501-3338

Qwest
PO Box 29040
Phoenix, AZ 85038-9040

R&A Safety Training
162 W North Street
Powell, WY 82435-2830

Red Eagle Food Stores
PO Box 2468
Cody, WY 82414-2468

Red Eagle Oil, Inc
PO Box 2468
Cody, WY 82414-2468

Red Eagle, LLC
c/o Scott Hinze
53 Country Road 2AB
Cody, WY 82414

Reser's Fine Foods, Inc.
PO Box 6000
San Francisco, CA 94160-0001

Rimrock Tire
2603 Bighorn Ave
PO Box 128
Cody, WY 82414-0128

Riverton Ranger, Inc
PO Box 993
Riverton, WY 82501-0118

Robert L. Carey
PO Box 260
Buffalo, WY 82834-0260

(p)PACIFICORP
ATTN BANKRUPTCY
PO BOX 25308
SALT LAKE CITY UT 84125-0308

Rocky Mountain Snacks
213 S House Ave
Cheyenne, WY 82007-2408

Rosemarie Hofer
PO Box 396
Guernsey, WY 82214-0396

Gary Rudolph
Sullivan Hill
550 West C Street, Suite 1500
San Diego, CA 92101-3570

S&P Brake Supply
PO Box 30296
Billings, MT 59107-0296

SB Fuels of Wyoming
12500 I 80 Service Road
Cheyenne, WY 82009-8410

Salem Minerals
PO Drawer 1
611 Water Street
Silver Plume, CO 80476-0001

Sapp Bros., Inc. and Sapp Bros. Travel Cente
c/o: ALAN C. BRYAN
CROWLEY FLECK PLLP
P.O. BOX 2529
BILLINGS, MT 59103-2529

Sapp Brothers
12500 I 80 Service Road
Cheyenne, WY 82009-8410

Scott A. Hinze
2213 11th Street
Cody, WY 82414-5101

Serina L. Petty
2650 Sunset Blvd
Bar Nunn, WY 82601-9445

| | | |
|---|---|---|
| Service Plumbing and Heating<br>201 Webbwood Road<br>Riverton, WY 82501-8930 | Shawn L. Cox<br>50 West 2nd Street Lot 5<br>Lovell, WY 82431-1701 | Shawn M. Dudgeon<br>1921 Beck Ave.<br>Cody, WY 82414-3928 |
| Sheldon G. Helsley<br>PO Box 122<br>Gillette, WY 82717-0122 | Shoshone Distributing<br>Box 8<br>Cody, WY 82414-0008 | Slafter Oil<br>PO Box 950<br>Scottsbluff, NE 69363-0950 |
| John C. Smiley<br>Lindquist & Vennum P.L.L.P<br>600 17th Street<br>Suite 1800 South<br>Denver, CO 80202-5402 | Source Gas<br>PO Box 660474<br>Dallas, TX 75266-0474 | Stanley Sanitation<br>PO Box 343<br>Story, WY 82842-0343 |
| Stephen B. Welker<br>PO box 1383<br>1079 Siera Vista<br>Evansville, WY 82636-1383 | Steve F. Rankin<br>2001 Ln 13H<br>Powell, WY 82435-8806 | Steven R. Wascher<br>1743 Rumsey Ave<br>Cody, WY 82414-3844 |
| Stoval Beverage<br>675 S Walnut<br>Casper, WY 82601-2312 | Timothy M. Stubson<br>Brown, Drew & Massey, LLP<br>159 North Wolcott, Suite 200<br>Casper, WY 82601-7009 | Suncor<br>Gordon & Rees, LLP<br>555 Seventeenth Street, #3400<br>Denver, CO 80202-3937 |
| Suncor<br>c/o Megan Adeyemo<br>GORDON & REES LLP<br>555 Seventeenth Street, Suite 3400<br>Denver, CO 80202-3937 | Suzanne M. Rankin<br>2001 Ln 13 1/2<br>Powell, WY 82435-8806 | T Financial Services<br>PO Box 644<br>Columbia Falls, MT 59912-0644 |
| TCF Equipment Finance<br>2118 East Big Beaver Road, #B<br>Troy, MI 48083-2371 | TCH OP<br>4185 Harrison Blvd #202<br>Ogden, UT 84403-6400 | TCT dba Big Horn Wire<br>PO Box 671<br>Basin, WY 82410-0671 |
| Tammy L. Hall<br>1511 Mydland Road, #11<br>Sheridan, WY 82801-2133 | Tammy S. Webb<br>381 Dow Prong Road<br>Banner, WY 82832-9722 | Tanager Beverage<br>PO Box 2077<br>Cody, Wy 82414-2077 |
| Tarco Industries<br>4572 Telephone Road, #914<br>Ventura, CA 93003-5663 | Taylor J. Hoopes<br>106 Road 2BC<br>Cody,WY 82414-8242 | Telvent DTN<br>PO Box 630845<br>Cincinnati, OH 45263-0845 |
| Teresa D. Mann<br>1032 Marion Place<br>Sheridan, WY 82801-2930 | Terminix of Wyoming<br>PO Box 4747<br>Casper, WY 82604-0747 | The Lovell Chronicle<br>PO Box 787<br>Lovell, WY 82431-0787 |

| | | |
|---|---|---|
| The Office Exg.<br>33 North Main Street<br>Buffalo, WY 82834-1814 | The Office Shop<br>70 W Main<br>Cowley, WY 82420 | Theron R. Shelley<br>433 4th Ave. South<br>Greybull, WY 82426-2229 |
| Thomas G. Hargis, Jr<br>920 Missourt Valley Road<br>Riverton, WY 82501-9711 | Thomas J. Hall<br>1511 Mydland Road, #11<br>Sheridan, WY 82801-2133 | Thomas J. Lopez, Sr.<br>418 Indian Paintbrush<br>Casper, WY 82604-5380 |
| Thomas L. Lamb<br>PO Bxo 2464<br>Cody, WY 82414-2464 | Tiffany J. Nielsen<br>1601 Bighorn Ave, #D8<br>Cody, WY 82414-3209 | Tire-Rama<br>800 West Yellowstone<br>Casper, WY 82601-1734 |
| Toney R. Raabe<br>2108 South Richard Street<br>Casper, WY 82601-5516 | Torrington Beverage, Inc.<br>4394 McKenna Road A<br>Torrington, WY 82240-8463 | Town of Guernsey<br>PO Box 667<br>Guernsey, WY 82214-0667 |
| Tractor & Equipment Co<br>PO Box 58201<br>Tukwilla, WA 98138-1201 | Tracy L. Hindman<br>1712 Burlington Ave<br>Casper, WY 82601-2111 | Trevor W. Stanfill<br>4725 Powell Hwy<br>PO Box 2971<br>Cody, WY 82414-2971 |
| Trimarc<br>935 Riverside Ave, #19<br>Paso Robles, CA 93446-2601 | UPS Store<br>1108 14th Street<br>Cody, WY 82414-3743 | US Bancorp<br>1310 Madrid Street<br>Marshall, MN 56258-4099 |
| US Trustee<br>308 West 21st Street, 2nd Floor<br>Cheyenne, WY 82001-3663 | USA Today<br>384 W Collins<br>Casper, WY 82601-2498 | UpRight Construction & Restoration Services,<br>c/o White & White, P.C.<br>420 E. Washington<br>Riverton, WY 82501-4447 |
| WRC Seller Representative LLC<br>Christopher J. Todd, Manager<br>c/o Wyoming Refining Co.<br>1600 Broadway, Suite 2300<br>Denver, CO 80202-4991 | Wells Fargo Bank<br>NW 8178<br>PO Box 1450<br>Minneapolis, MN 55485-8178 | Wells Fargo Bank (SBA)<br>1401 Sheridan Ave<br>Cody, WY 82414-3749 |
| Wells Fargo Bank, N.A.<br>Business Direct Division<br>100 W. Washington Street., 8th Floor<br>Phoenix, AZ 85003-1803 | Wells Fargo Equipment Finance<br>733 Marquette Ave, #700<br>Minneapolis, MN 55402-2316 | Wells Fargo Equipment Finance, Inc.<br>733 Marquette Avenue, Suite 700<br>Minneapolis, MN 55402-2316 |
| Wendy S. Wehrung<br>1739 Holloway<br>Sheridan, WY 82801-2342 | Western Environmental Service<br>PO box 41030<br>Mesa, AZ 85274-1030 | Western Glove Distributing<br>1113 W 4th Street<br>Laurel, MT 59044-2628 |

| | | |
|---|---|---|
| Western Truck Repair LLC<br>6010 W 56th Ave<br>Arvada, CO 80002-2716 | Whitaker Oil<br>1325 N. Cleveland Ave<br>Loveland, CO 80537-4726 | Wholesale Bait Co.<br>PO Box 1056<br>Afton, WY 83110-1056 |
| Wild West Munchies<br>546 SE 8th Street, C-12<br>Loveland, CO 80537-6551 | Williams Inland Distributing<br>PO Box 11367<br>Spokane, WA 99211-1367 | (c)WINGFOOT - CASPER<br>PO BOX 2907<br>CASPER WY  82602-2907 |
| Galen B. Woelk<br>Aron & Hennig, LLP<br>221 Ivinson Street, Suite 200<br>Laramie, WY 82070-3007 | Wyo Department of Employment<br>Unemployment Compensation<br>Herschler Building<br>Cheyenne, WY 82002-0001 | Wyoming Department of Employment<br>Workers Compensation<br>Herscher Building<br>Cheyenne, WY 82002-0110 |
| Wyoming Fire Safety<br>PO box 3111<br>Cody, WY 82414-5906 | Wyoming Machinery Company<br>PO Box 2335<br>Casper, WY 82602-2335 | Wyoming Refining<br>2743 Collection Center Drive<br>Chicago, IL 60693-2743 |
| Wyoming Trading Co<br>PO Box 670<br>Mills, WY 82644-0670 | Wyoming Waterworks<br>PO Box 1044<br>Cody, WY 82414-1044 | Wyoming Woods LLC<br>PO Box 2291<br>Mills, WY 82644-2291 |
| Wyotel, Inc.<br>38 Hassle Road<br>Rock Springs, WY 82901-2826 | Yahoozes, Inc.<br>2307 Larkspur Court<br>Cody, WY 82414-9777 | Yellowbook West<br>PO Box 660052<br>Dallas, TX 75266-0052 |
| Zane C. Miles<br>18 Hollow Creek Road<br>Sheridan, WY 82801-8550 | Zezas Repair<br>140 W Gatchell<br>Buffalo, WY 82834-2121 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Rocky Mountain Power
1033 NE 6th Ave
Portland, OR 97256-0001

Addresses marked (c) above for the following entity/entities were corrected
as required by the USPS Locatable Address Conversion System (LACS).

Cowboy Collectibles Inc
PO box 128
Hungry Horse, MT 59919

Wingfoot - Casper
PO box 3079
Capser, WY 82602

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Celtic Leasing Corp.
4 Park Plaza, #300
Irvine, CA 92614-8511

(d)Financial Pacific Leasing, LLC
3455 S 344th way, #300
Federal Way, WA 98001-9546

(u)Hermes Consolidated, Inc., d/b/a Wyoming R

(d)Keith J. Dodson
Williams, Porter, Day & Neville, P.C.
PO Box 10700
Casper, WY 82602-3902

(u)Peter J. McNiff

(u)Official Unsecured Creditors' Committee

(u)Pecten Funding Corp.

(u)Pinnacle Bank - Wyoming

(u)Suncor Energy (U.S.A.) Inc.

(d)Isaac N. Sutphin
Holland & Hart, LLP
2515 Warren Avenue, Suite 450
PO Box 1347
Cheyenne, WY 82003-1347

(u)TCF Equipment Finance, Inc.

End of Label Matrix
Mailable recipients   319
Bypassed recipients    11
Total                 330