# THE UNITED STATES BANKRUPTCY COURT
# DISTRICT OF WYOMING

| | |
|---|---|
| In re: ) | |
| ) | Case No. 11-20857 |
| RED EAGLE OIL, INC. ) | |
| ) | Chapter 11 |
| Debtor. ) | |
| ) | |

## ORDER GRANTING MOTION TO ATTEND HEARING BY VIDEO CONFERENCE

THIS MATTER having come before the Court on Pecten Funding Corp.'s Motion for Permission to Attend Hearing by Video Conference, and the Court finding good cause therefore;

IT IS HEREBY ORDERED that Steven E. Abelman may attend the November 9, 2011 evidentiary hearing by video conference.

DATED: November _____, 2011.

BY THE COURT:

_____
HONORABLE PETER J. McNIFF

15401\1\1604834.1