# Red Eagle Oil, Inc. Chapter 7 Liquidation Analysis

**Real Property: NONE**

| Fair Market Value | Liens | Cost of Sale | Resulting Income Tax | Amt of Exemption | Net Proceeds |
|---|---|---|---|---|---|
| | | | | | N/A |

**Personal Property:**

| Description | Liquidation Value | Secured Claim (excluding IRS) | Amount of Exemption | Net Proceeds (before cost of sale) |
|---|---|---|---|---|
| Cash | N/A | N/A | N/A | $1,248,919.44 |
| **TOTAL NET PROCEEDS (before cost of sale)** | | | | **$1,248,919.44** |
| **COST OF SALE** | | | | **N/A** |
| **NET PROCEEDS OF PERSONAL PROPERTY** | | | | **$1,248,919.44** |

| | | |
|---|---|---|
| Net Proceeds of Real Property and Personal Property | | $1,248,919.44 |
| Recovery from Preferences / Fraudulent Conveyances | [ADD] | Unknown |
| Chapter 11 Administrative Claims | [SUBTRACT] | $83,000.00* |
| Priority Claims | [SUBTRACT] | N/A |
| Chapter 7 Trustee Fees (approximate) | [SUBTRACT] | $60,717.00** |
| Chapter 7 Trustee's Professionals (estimate) | [SUBTRACT] | $50,000.00 |
| **NET FUNDS AVAILABLE FOR DISTRIBUTION TO UNSECURED CREDITORS** | | **$1,055,202.04** |
| *Estimated outstanding fees for: Winship & Winship, PC; Lindquist & Vennum LLP; r² advisors, llc.<br>**Calculated in accordance with 11 U.S.C. § 326 | | |

| | |
|---|---|
| **Estimated Amount of Unsecured Claims*** | $10,440,817 |
| **Percent Distribution to Unsecured Creditors Under Proposed Plan**** | >10.1% |
| **Percent Distribution to Unsecured Creditors Under Liquidation Analysis** | 10.1% |

*Includes scheduled claims plus secured deficiencies.
**The proposed Plan will provide a greater distribution to creditors because the professionals involved in the case are familiar with potential avoidance actions and possible claim objections which, when pursued, may result in a greater distribution to creditors.