# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| RED EAGLE OIL, INC. | ) | Case No. 11-20857 |
| | ) | CHAPTER 11 |
| | ) | |
| Debtor. | ) | |

## AFFIDAVIT IN LIEU OF DIRECT TESTIMONY WITH RESPECT TO APPROVAL OF DEBTOR'S DISCLOSURE STATEMENT

Bryan Hinze, being first duly sworn, deposes and says that to the best of his knowledge:

1. I am an officer and Vice-President of the Debtor in this bankruptcy case.

2. I am familiar with the nature and history of the Debtor. I am also familiar with the operations, financial affairs, books and records of the Debtor.

3. I am familiar with all of the pleadings filed in this bankruptcy case, including the Disclosure Statement.

4. The Disclosure Statement contains adequate information that would enable a hypothetical investor.

5. The Disclosure Statement includes a discussion of the potential material tax consequences of the Plan to the Debtor and any successor of the Debtor.

6. The Disclosure Statement was properly served in accordance with the Court's *Order Setting Hearing on Approval of Disclosure Statement.*

FURTHER AFFIANT SAYETH NAUGHT.

DATED this __27th__ day of June, 2013.

By: _____
Bryan Hinze

**STATE OF WYOMING** )
)ss.
**COUNTY OF** __Park__ )

Subscribed and sworn to before me by Bryan Hinze, this __27th__ day of __June__, 2013.

Witness my hand and official seal.

_____
Notary Public

My Commission Expires: __March 15, 2014__

