FILED

## UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF WYOMING

### Minutes of Proceeding

| | | |
|---|---|---|
| Date: **July 3, 2013** | Honorable Peter J. McNiff, Presiding | 2:43 pm, 7/3/13 |
| Time: 10:00 a.m.   To:   10:15 a.m.   Location: Teleconference | | Tim J. Ellis<br>Clerk of Court |

In re:   **Red Eagle Oil, Inc.**                                                                                    Case No.  11-20857
                                                                                                                                    Chapter **11**
                                                                     Debtor(s).

| | Appearances | | Counsel | |
|---|---|---|---|---|
| Trustee | | | Counsel | |
| Debtor(s) | | | Counsel | **Brad Hunsicker** |
| Creditor | CHS | | Counsel | **John Coppede/Nancy Vehr** |

Proceedings:   **Evidentiary hearing on approval of Debtor's Disclosure Statement dated May 3, 2013.**

[X]
Debtor's offer of proof and statements are on the record.  No objections were filed.

Orders:

| | | | | |
|---|---|---|---|---|
| [x] | Relief sought:   [x] Granted   [ ] Denied | [ ] Case Dismissed | [ ] Continued: |
| [ ] | Matter taken under advisement | | |
| [x] | Formal order or judgment to enter   [x] To be prepared | Court | |
| [ ] | These minutes constitute the court's official order in this matter | | |

[X]

Date: **July 3, 2013**                                                        FOR THE COURT:

                                                                                            By_____