FILED

3:14 pm, 7/10/13

Tim J. Ellis
Clerk of Court

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF WYOMING

In re                    )
                         )
RED EAGLE OIL, INC.      )    Case No.  11-20857
                         )    Chapter 11
        Debtor.          )

### ORDER APPROVING DISCLOSURE STATEMENT AND SETTING HEARING ON CONFIRMATION OF JOINT CHAPTER 11 PLAN OF LIQUIDATION FILED MAY 3, 2013

A Disclosure Statement under Chapter 11 of the Bankruptcy Code having been filed by the debtor on May 3, 2013, and

It having been determined that the Disclosure Statement contains adequate information as required by 11 U.S.C. Sec. 1125, it is

ORDERED AND NOTICE IS HEREBY GIVEN, that:

1.   The Disclosure Statement filed by the debtor on May 3, 2013 is approved;

2.   On or before **July 19, 2013** a copy of this Order, along with a copy of the Chapter 11 Reorganization Plan, shall be transmitted by mail to creditors, equity security holders, and other parties in interest as provided in Rule 3017(d), by the debtor-in-possession. A ballot conforming to Official Bankruptcy Form 14 shall also be mailed to creditors and equity security holders entitled to vote on the Plan. A certificate of service shall be filed within five (5) days of the date of mailing;

3.   **August 23, 2013** is the last day
    a.   for filing written acceptances or rejections of the Plan,
    b.   for filing objections to confirmation of the Plan,
    c.   for submitting ballots to counsel for the debtor;

4.   **August 28, 2013** is the last day for the debtor to file a compilation of ballots, with copies of the ballots attached.

5.   **September 4, 2013 at 10:30 a.m.** in the U.S. Bankruptcy Courtroom, 2120 Capitol Avenue, 8th Floor, Cheyenne, Wyoming, is the date of hearing on confirmation of the Plan.

6.   On or before **August 28, 2013**, any party intending to introduce exhibits or call witnesses at the hearing shall file a schedule of proposed exhibits and anticipated witnesses and shall serve the schedule and copies of the proposed exhibits on all parties. The schedule

and copies of the proposed exhibits shall also be provided to the Judge's chambers by that date. If the documents consist of ten or fewer pages, the schedule and copies of the exhibits may be faxed to the Judge's chambers at 307-433-2255. If the list and proposed exhibits consist of more than ten pages, the documents must be provided directly to The Honorable Peter McNiff, U.S. Bankruptcy Court, 2120 Capitol Avenue, Suite 8024, Cheyenne, Wyoming 82001.

The copies of the exhibits shall not be filed with the clerk. Counsel should retain original exhibits for introduction at the hearing.

7. Any party requesting participation by video conferencing from a location other than Cheyenne, Wyoming shall refer to the ORDER ON VIDEO CONFERENCING AND HEARINGS, General Order 11-01 filed February 8, 2011.

DATED this 10th day of July, 2013.

BY THE COURT

_____
United States Bankruptcy Judge

Service to:
    Brad Hunsicker