Bradley T. Hunsicker
(Wyoming State Bar No. 7-4579)
WINSHIP & WINSHIP, P.C.
100 North Center Street, Sixth Floor
PO Box 548
Casper, WY 82602
(307) 234-8991
Counsel for the Debtor

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| RED EAGLE OIL, INC. | ) | Case No. 11-20857 |
| | ) | CHAPTER 11 |
| Debtor. | ) | |
| | ) | |

### REPORT ON BALLOTS AND ADMINISTRATIVE EXPENSES

**COMES NOW** the above named Debtor-in-Possession, by and through its counsel, and reports to the Court as follows concerning the voting on the Joint Plan of Liquidation (the "Plan") filed by the Debtor and the Official Unsecured Creditors' Committee on May 3, 2013:

1. Based on the Plan ballots received, the following acceptances and rejections of the Plan have been filed:

| Class | Number/Name | Claim Amount | Accept/Reject | Percentage (%) of Acceptance |
|---|---|---|---|---|
| **Class 1** | | | | |
| | CHS, Inc. | $1,210,452.00 | ACCEPTS | |
| | Equitable Oil Purchasing | $ 156,011.13 | ACCEPTS | |
| | Grizzly Maintenance Services | $ 8,701.54 | ACCEPTS | |
| | Overland Petroleum | $1,576,151.93 | ACCEPTS | |
| | S&P Break and Clutch | $ 64,173.54 | ACCEPTS | |
| | | $3,015,490.14 | | 100% |

1

2. The following Court costs have been identified as due by the Office of the Clerk of Bankruptcy Court and the U.S. Trustee:

| | |
|---|---|
| Quarterly Fee | $0.00 |
| **TOTAL** | $0.00 |

**DATED** this 28th day of August, 2013.

                    RED EAGLE OIL, INC.

By: __/s/_____
Brad T. Hunsicker
(Wyoming State Bar 7-4579)
Winship & Winship, PC
100 N. Center, Sixth Floor
P.O. Box 548
Casper, WY 82602
(307) 234-8991

## ACCEPTANCE OR REJECTION OF THE PLAN

The undersigned, the holder of a Class __1__ claim against the Debtor in the unpaid amount of Dollars ($1,210,452).

(Check one box only)

**[X] ACCEPTS THE PLAN**          [ ] REJECTS THE PLAN

Dated: August 15, 2013

Company:   CHS, Inc.

Print or type name:   John A. Coppede

Signature: _John A. Coppede_

Title (if corporation or partnership)
Attorney
Address:    Hickey & Evans, LLP
            1800 Carey Avenue, Suite 700
            P.O. Box 467
            Cheyenne, WY  82003-0467
Telephone No.: 307-634-1525

RETURN THIS BALLOT TO:

Brad T. Hunsicker
WINSHIP & WINSHIP, P.C.
100 North Center, Sixth Floor
P.O. Box 548
Casper, WY 82602
(307) 234-8991



RECEIVED AUG 1 7 2013 BY:

Red Eagle Oil, Inc., Case No 11-20857

## ACCEPTANCE OR REJECTION OF THE PLAN

The undersigned, the holder of a Class __1__ claim against the Debtor in the unpaid amount of Dollars ($ __156,011.13__ ).

(Check one box only)

[✓] **ACCEPTS THE PLAN**       [ ] **REJECTS THE PLAN**

Dated: __8/15/13__

Company: __Equitable Oil Purchasing__
Print or type name: __Anthony K. Martin__
Signature: __Anthony K. Martin__
Title (if corporation or partnership)
__Credit Manager__
Address: __P.O. Box 2360__
__Casper, WY. 82601__
Telephone No.: __307/266-0314__

**RETURN THIS BALLOT TO:**

Brad T. Hunsicker
WINSHIP & WINSHIP, P.C.
100 North Center, Sixth Floor
P.O. Box 548
Casper, WY 82602
(307) 234-8991

## ACCEPTANCE OR REJECTION OF THE PLAN

The undersigned, the holder of a Class __1__ claim against the Debtor in the unpaid amount of Dollars ($ __8701.54__ ).

(Check one box only)

[✓] ACCEPTS THE PLAN           [ ] REJECTS THE PLAN

Dated: __7-20-13__

Company: __Grizzly Maintenance Service In.__
Print or type name: __Katherine Brughman__
Signature: __Katherine M Brughman__
Title (if corporation or partnership)
__Sec/Trea__
Address: __P.O. Box 368__
__Casper Wy 82602__
Telephone No.: __307-267-4457__
__307 258-5600__

**RETURN THIS BALLOT TO:**

Brad T. Hunsicker
WINSHIP & WINSHIP, P.C.
100 North Center, Sixth Floor
P.O. Box 548
Casper, WY 82602
(307) 234-8991

## ACCEPTANCE OR REJECTION OF THE PLAN

The undersigned, the holder of a Class _____ claim against the Debtor in the unpaid amount of Dollars ($ _1,576,151.93_ ).

(Check one box only)

[ ✓ ] ACCEPTS THE PLAN          [ ] REJECTS THE PLAN

Dated: _7/23/13_

Company: _Overland Petroleum_
Print or type name: _Dan Ipson_
Signature: _/s/ Dan Ipson_
Title (if corporation or partnership)
_Managing Member_
Address: _PO Box 910550_
_St George, UT 84791_
Telephone No.: _435-628-4141_

**RETURN THIS BALLOT TO:**

Brad T. Hunsicker
WINSHIP & WINSHIP, P.C.
100 North Center, Sixth Floor
P.O. Box 548
Casper, WY 82602
(307) 234-8991

Red Eagle Oil, Inc., Case No 11-20857

## ACCEPTANCE OR REJECTION OF THE PLAN

The undersigned, the holder of a Class __1__ claim against the Debtor in the unpaid amount of Dollars ($ __64,173.54__ ).  (Total of 2 claims - Nos. 53 and 55)

(Check one box only)

[x] ACCEPTS THE PLAN          [ ] REJECTS THE PLAN

Dated: __August 21, 2013__

Company: __S & P Brake & Clutch Supply, Inc.__

Print or type name: __Timothy D. Woznick__

Signature: _____

Title (if corporation or partnership)

__Attorney for corporation__

Address: __204 East 22nd Street__

__Cheyenne, WY 82001__

Telephone No.: __307-634-8891__

**RETURN THIS BALLOT TO:**

Brad T. Hunsicker
WINSHIP & WINSHIP, P.C.
100 North Center, Sixth Floor
P.O. Box 548
Casper, WY 82602
(307) 234-8991