**UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF WYOMING**

*Minutes of Proceeding*

FILED

Date: **September 4, 2013**　　　　　　　　　　　Honorable Peter J. McNiff, Presiding　　2:42 pm, 9/4/13
Time: 10:30 a.m.　To: 10:40 a.m.　　Location: Courtroom　　　　　　　　　　　　　　Tim J. Ellis
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Clerk of Court

In re Red Eagle Oil, Inc.　　　　　　　　　　　　　　　　　　　　　　Case No. 11-20857
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Chapter **11**
　　　　　　　　　　　　　　　　Debtor(s).

| | Appearances | | Counsel | |
|---|---|---|---|---|
| Trustee | | | Counsel | |
| Debtor(s) | | | Counsel | **Brad Hunsicker** |
| Creditor | **Official Committee of Unsecured Creditors** | | Counsel | **Ethan Birnberg** |
| Creditor | **CHS Inc.** | | Counsel | **John Coppede** |

Proceedings:　**Evidentiary hearing on approval of the Joint Chapter 11 Plan of Liquidation Proposed by the Debtor and the Official Unsecured Creditors Committee**

[X]
Hunsicker - The offer of proof is stated on the record.
Birnberg - Concurs with Debtor's counsel

Orders:

[x]　Relief sought:　[x] Granted　　[ ] Denied　　[ ] Case Dismissed　　[ ] Continued:
[ ]　Matter taken under advisement
[x]　Formal order or judgment to enter　　[x] To be prepared　　Hunsicker
[ ]　These minutes constitute the court's official order in this matter

[X]

Date: **September 4, 2013**　　　　　　　　　　　FOR THE COURT:

　　　　　　　　　　　　　　　　　　　　　　　　By _____